Exhibit A

Authorization for
Abdullah Wazir Zadran

څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی حکومت لخوا یاد هغوی په امر باندی نیول شوی دی، مرسته وکړی

د دکرټ وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی مرسسه ده، دوه بل په مرسته غزلوی هغه خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د هغوی په امر باندی نیول شویدی. ښه فنډنی مرستی رکوی، لکن ټاکه کار د سرته رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د مرکل په حیث دوی ته اجازه ورکړی چی احتمالو خپلوان سره چی بندی دی وګوری او د هغوی ته شخصاً اجازه واخلی چی د هغوی وکالت وکړی. څخه چی بی له دغه اجازت نامی نه دغه موسسه نشی کولای چی بندیانو سره وګوری او د هغوی وکالت وکړی.

تاسو باید دا لاندنی فورمه ډک کړی او په څنګه کښی دا لاندی معلومات موږپه راکړی (الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلاً پلار، مور، وریر، خور، لکار و غیره (پ) د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت) د بندی ځای نوم چی تاسو فکر کړی ستاسو بندی خپله قید دی مثلاً ګوانتانامو بی، بګرام او یا کرمرل بندیخانه

د دغه انګریزی اجازت نامه پښتو ترجمه دی په لاندی ډول دی:

نیټه د ......۰۸...... میاشتی ـ۰۵ـ ..... ـ رج ۲۰۰۵ کال

اجازت نامه
زما نوم ........طاهر شاه..............دی. زه د خپل خپلوان چی زما ......برادر..........
کیږی او نوم نی .....عبدالله شریف......دی نمایندګی کرم
هغه بندی خانه چی ښتاسو بندی په هغه کی قید دی د هغه تر ځنګ بر چپیا (X) ویلنی

(X) ګوانتانامو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په ـــــــــــــ کی دی
( ) کومه بله بندی خانه

زه د دکرټ وکالت خانه ، کلایف ستافورد سمیٹ ، عدالت په جلای وطن موسسی او هر چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له پلوه څخه د هر ډول ضروری اسناد او معلوماتو د راټول ژباره برخه کی چی د هغی د

دفاع لپاره خپلې ګټې واخیستل شی عمل وکړي او سره له دې نه په امریکی محکمو او نورو قانونی مراجعو کې زما د خپلوان لپاره د انصاف غوښتنه وکړي

لاسلیک _____

شاهد نوم _____

د شاهد لاسلیک _____


دا اجازت نامه باید په لاندې پتې وليږل شی:

Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa. 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په اینده کی موئر د تاسو د خپلوان د قضیه په برخه کی معلومات درولیږو نو لطفاً خپل پته موږ ته ولیږی.


## د قانونی جریاناتو روانه حالت

بندیانو وکیلان د امریکی په عالي محکمې کې د 2004 کال د جون په میاشتې کی هغه قضیه ئی وګټل چی په هغه کی د ګوانتانمو بندیانو ته اجازت ورکړل کیږی چی د خپل ازادی لپاره محکمې ته عریضه وکړي. اخر ټوله بندیان په ګوانتانمو بی ښي چی باید تعداد ئی اته شلو نه ډېر نه وی به بالاخره د دولت لخوا محکمه شی او هغوی ته به قانونی وکیلان رتالل شی. تر اوسه پوری 15 بندیان د محکمې د پاره ټاکل شوی دی، مګر ټولو تللور ټله ئی (یو استرالیائی، یو سودانی او دوه بهنی) باندی رسمی تور لګول شویدی. د امریکی حکومت خیال دا دی چی لور بندیان تر څه وختې پوری چی دوی د خپلو وطنونه ساتی او بیا به خپل خپټه دوی ازاد کړي. لیکن وکیلان غواړی چی باید ټولو بندیان بلامحکمه شی او یا باید ازاد شی.

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): Idris Khattak

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

10258322.1.LITIGATION 11/10/2005

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 5th day of August, 2005

**Authorization**

My name is Zahir Shah. I am acting as next friend for my brother, whose name is Abdullah Wazir Zadran, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[_] Bagram prison
[_] the detention center at _____
[_] another detention.