Exhibit B

Authorization for
Abdul Haq

(۴)

"څرنګه کولای شي چه خپلو خپلوانو سره چي د امریکي حکومت لخوا یا د هغوی په امر باندی نیول شوی دی، مرسته وکړی"

د ډکرټ وکالټ خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاضی مؤسسه ده، دپه بل په موسسه غواړی دغو خلکو سره چه د هغوی خپلوان د امریکي حکومت لخوا او یا د هغوی په امر باندی بندیان شویدی، مفت قانونی مرستی ورکړی. لیکن د دغه کار د سرته رسیدلو لپاره د تاسو د همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د موکل په حیث ته اجازه ورکړی چی دستانو خپلوان سره چی بندی دی وګړری او د هغوی ته شخصاً اجازه واخلی چی د هغوی وکالت وکړی. ځکه چی بی له دغه اجازت تاسی نه دغه موسسه نشی کولای چی بندیانو سره وګوړی او د هغوی وکالت وکړی.

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندی معلومات مؤثرته راکړی: (الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلاً پلار، مور، ورور، خور، اکا او وږیره (پ) د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت) د بندی ځای نوم چی تاسو فکر کوړی ستاسو بندی خپله ځایه قید دی مثلاً ګوانتانامو بی، بګرام او یا کوم بل بندیخانه.

د دغه انګریزی اجازت نامه پښتو ترجمه دی په لاندی ډول دی:

نیټه: د .....۰۸..... میاشتی .....۰۹..... ورځ ، ۲۰۰۵ کال

اجازت نامه

زما نوم .....کیټل المارک..... دی، زه د خپل خپلوان چی زما .....ورور..... کیږی او نوم نی .....کبجد المدکی..... دی نمایندګی کوم.

هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر څنګ یو چلیپا (x) ولیکی.

(x) ګوانتانامو بی
( ) بګرام بندی خانه
( ) دغه بندی خانه چی په ................. کی دی
( ) کومه بله بندی خانه

زه د ډکرټ وکالټ خانه، ګلایف ستانفورد سمیټ، عدالت په جلای وطن دوستی، او هر چا نور چی د دوی لخوا مقرر کیږی، ته دا صلاحیت ورکوم چی زما او زما د خپلوان له پلوه څخه د هر ډول ضروری اسناد او معلوماتو د راټول ولو په برخه کی چی د دی د

1

دفاع لپاره خپلی ګډه واخيستل شی عمل وکړی، او سره له دی نه په امریکی محکمو او نورو قانونی مراجعو کښی زما د خپلوان لپاره د انصاف غوښتنه وکړی.

لاسليک _____ عبدالبارک _____

شاهد نوم _____

د شاهد لاسليک _____

دا اجازت نامه بايد په لاندی پته وليږل شی:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آينده کی موږ د تاسو د خپلوان د قضيه په برخه کی معلومات درولېږو او لطفاً خپل پته موږ ته وليږدی.

## د قانونی جريانانو روانه حالت

بنديانو وکيلان د امريکی په عالی محکمی کی د 2004 کال د جون په مياشتی کی ښه قضيه نی وګټل چی په هغه کی د ګزانتانمو بی بنديانو ته اجازت ورکړل کېږی چی د خپل آزادی لپاره محکمی ته عريضه وکړی. دوی ته بنديان په ګوانتانامو بی کی چی ښايد تعداد نی له شلو نه دير تېروی په بالاخره د دولت لخوا محکمه شی او هغوی ته به تظامی وکيلان وټاکل شی. تر اوسه پوری 15 بنديان د محکمی د پاره غبارشوی دی، مګر نقطه نظر تنه نی (وی استر اليانی، يو سوډانی او دوه يمنی) باندی رسمی توګه لګول شويدی. د امريکی حکومت خيال دا دی چی نور بنديان تر مخه وړخته پوری چی د دوی خوښه وی هلته وسا تی او بيا په خپل خوښه دوی آزاد کړی. ليکن وکيلان غواړی چی بايد دغه بنديان بامحکمه شی بايد اويا بايد آزاد شی.

2

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed):

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 9th day of August, 2005

**Authorization**

My name is Abdul Barri. I am acting as next friend for my brother, whose name is Abdul Haq, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.