Exhibit C

Authorization for
Tooran Mohammad Amannullah



څرنګه کولای شی چه خپل خپلوانو سره چې د امریکی
حکومت لخوا یاد هغوی په امر باندی نیول شوی دی،
مرسته وکړی

د دکرت وکالت خانه او "عدالت په ځلای وطن کی" چاپیړ غیر انتفاعی مرسسه ده، دوه
ا ل په مرسته غزاری هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یاد
هغوی په امر باندی نیولیان شویدی، مټه ټولنی مرستی وکړی. لیکن دغه کار د مرسته
رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپل خپلوانو د موکل په
حیث توی ته اجازه ورکړی چې مېناسر خپلوان سره چې باندی دی وکړری او د هغوی
ته شخصاً اجازه راخلی چی د هغوی وکالت وکړی او څکه چې بی له دغه اجازت نامی نه
دغه موسسه نشی کولای چی بندیانو سره وکړری او د هغوی وکالت وکړی.

تاسو باید دا لاندنی فورمه ټک کړی او په هغه کی دا لاندی معلومات مولوټه راکړی:
(الف) خپل نوم  (ب)  د تاسو رشته له بندی میږ مثلاً پلار، مور، وریږه، خور، اکابر
وغیره (پ) د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت) د بندی ځای
نوم چی تاسو فکر کړی مېناسر بندی هلته قید دی مثلاً ګوانتاناموبی، بکرام او باکېم بل
بندیخانه.

د دغه انګریزی اجازت نامه بېتو ترجمه نی په لاندی ډول دی.

نیټه د ...۲۸... میاشتی ...۰۹... وریخ ۲۰۰۵ کال

اجازت نامه

زما نوم _____ دی زه د خپل خپلوان چی زما _____
کېږی او نوم کښی _____ دی نمایندګی کړم.
هغه بندی خانه چی مېناسر بندی په هغه کی قید دی د هغه د نوم تر ځنګ یو چلیپا (x)
وباسی.

(x) ګوانتانامو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چې په _____ کی دی
( ) کومه بله بندی خانه

زه د دکرت وکالت خانه ، کلاینت سنسرورد سینټ ، عدالت په ځلای وطن موسسي او هر
چاتیږ چې د دوی لخوا مټرر کېږی ته دا صلاحیت ورکړم چې زما او زما د خپلوان له
پلوه څخه د هر ډول ضروری اسناد او معلوماتو د راتول راز په برخه کی چې د هغه د

دفاع لپاره حبئی ګټه واخیستل شی ضلاوګړی او سړه له دی نه په امریکی محکمه او نورو قانونی منلجرو کی زما د خبرو د اړه د لعات غوښله وکړی.

لاسلیک ـــــــــــــــــــــ

شاهد نوم ـــــــــــــــــــــ

د شاهد لاسلیک ـــــــــــــــــــــ

دا اجازت نامه باید په لاندی پته ولیږل شی:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone:215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کی موږ د تاسو د خپلوان د قضیه په برخه کی معلوماتو درولړو نو لطفاً خپل پته موږ ته ولیږی.

## د قانونی جریاناتو روانه حالت

بنیانو وکیلان د امریکی په عالی محکمی کی د 2004 کال د جون په میاشتی کی هغه قضیه ئی وګټل چی په هغه کی د ګوانتانمو بندیانو ته اجازت ورکول کیږی چی د خپل آزادی لپاره محکمی ته عریضه وکړی. خو تر ته بندیان په ګوانتانمو کی چی شاید تعداد ئی شلو نه ډیر نه وی په بالاخره د دولت لخوا نحکمه شی او ځنی ته به تشابی وکیلان وټاکل شی. تر اوسه پوری 15 بندیان د محکمی د پاره تیارشوی دی، مګر فقط څلور ته ئی (یو آسترالیانی، یو سوډانی او دوه یمنی) باندی رسمی تور لګول شویدی. د امریکی حکومت خیال دا دی چی تور بندیان تر هغه وخته پوری چی دوی خپه وی هلته رسائی او بیا به خپل خرپه دوی آزاد کړی، لیکن وکیلان غواړی چی باید دغه بندیان په محکمه شی اویا باید آزاد شی.

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____
Signature

*Witnessed By:*

_____
Signature of Witness

Name of Witness (printed): Abdullah Jaan

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

10258353.1.LITIGATION 11/10/2005

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 9th day of August, 2005

**Authorization**

My name is Mirra Jaan. I am acting as next friend for my brother, whose name is Tooran Mohammad Amannullah, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[_] Bagram prison
[_] the detention center at _____
[_] another detention.