Exhibit D

Authorization for
Mohammad Wabi Umari

دفاع لپاره چپنی کنه وايسل شی عمل وکړی، او سره له دې ته رسېدلی چې په امریکی محکمو از
نوی قانونی ایجنز کی نمایندګانو لپاره د انصاف غوښتنه وکړی.

لاسلیک _____

شاهد نور حیات جان _____

د شاهد لاسلیک _____

دا اجازت نامه باید په لاندې پته ولیږل شی:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړئ په آینده کی مونږ د تاسو د خپلوان د قضیه په برخه کی معلومات درلرئ
نو لطفاً خپل پته مونږ ته ولیږئ.

دوست زما نه ستا _____   _____ مننه کوم

د قانونی جریاناتو روانه حالت

بینډیار رکینشن د امریکی په حالی محکمې کی د 2004 کال د جون په میاشتې کی دنه
غندنه نې وکړه چې په بنده کی د ګوانتانامو بندیانو ته اجازت ورکړل کېږی چې د خپل
آزادی لپاره محکمی ته مراجعه وکړی. نور نه بندیان په ګوانتانامو کی چې شاید تعداد
یې له شلو نه ډېر نه وی په بالاخره د دولت لخواامحکمه شی او دعوی یه تظلمی وکینن
ونلکل شی. تر اوسه پورې 15 بندیان د محکمی د پاره تیارشوی دی، مګر فقط څلور ته
یې (در آسټرالیانی، یو سوډانی او دوه یمنی) باندی رسمی قرر لګول شویدی. د امریکی
حکومت خیال دا دی چې نور بندیان تر هغه رخته بېرې چې د دوی د خرښه وی هلته
وساتنی او بیا په خپل خوښه دوی آزاد کړی. لېکن رکېنشن غواړی چې باید د شه بندیانو
یا محکمه شی او یا باید آزاد شی.

(٦)

څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی
حکومت لخوا یا د هغوی په امر باندی نیول شوی دی مرسته وکړی

د ډکرټ وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د بر
بل په مرسته غزاری حق خلکو سره چی د هغوی خپلوان د امریکی حکومت لخوا او یا د
هغوی په امر باندی بندیان ډیودی، مفت قانونی مرسته ورکړي. لیکن دغه کار د ستړه
رسیدلو لپاره، د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د مرګلي په
حپا، دوی ته اجازه ورکړی چیر دستاسو خپلوان سره چی بندی دی وګورزی او د هغوی
ته شخصاً اجازه واخلی چی د هغوی وکالت وکړی، ځکه چی بی له دغه اجازت نامی نه
دغه موسسه نشی کولای چی بندیانو سره وګورزی او د هغوی وکا لت وکړی.

تاسو باید دا لاندنی غوښته دک کړی او په هغه کی دا لاندی معلومات موثریته راګیرئ:
(الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلا پلار، مور، ورور، خور، اکا او
وغیره (پ) د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت) د بندی خانی
نوم چی تاسو فکر کړی ستاسو بندی خلته قید دی مثلا ګرانتالمو بی، بګرام او یا کوم بل
بندیخانه.

د دغه انګریزی اجازت نامه پښتو ترجمه نی په لاندی ډول دی:

نیټه: د ......۰۸...... میاشتی ......۰۸......ررځ، ۲۰۰۵ کال

اجازت نامه
زما نوم .........صحرا زرینا............... دی. زه د خپل خپلوان چی زما .....خاوند......
کیږی او نوم نی ......محمدحکک............ دی نمایندګی کوم.
هغه بندی خانه چی ستانیز بندی په هغه کی د دغه د نوم تر لکښنک برچلیا (X)
ویلی.

(X) ګرانتانمو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په ......................کی دی
( ) کومه بله بندی خانه

زه د ډکرټ وکالت خانه، کلایف ستافورد سمیت، عدالت په جلای وطن بیسسی او هر
چا نرد چی دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له
پلوه څخه د هر ډول ضروری اسناد او معلوماتو د راتول ولو په برخه کی چی د نسی د

1

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed):

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers.  To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged.  The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them.  The lawyers, however, seek to force either a trial or release for everyone.

10258375.1.LITIGATION 11/10/2005

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 29 2005.

TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA  22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 8th day of August, 2005

**Authorization**

My name is Gul Hyat Khan. I am acting as next friend for my father in law, whose name is Mohammad Wabi Umari, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.