Exhibit E

Authorization for
Abdullah Mujahid Haq

Case 1:05-cv-02367-UNA    Document 1-6    Filed 12/09/2005    Page 1 of 5

(۶)

"څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی حکومت لخوا د دعوی په امر بندی نیول شوی دی، مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د یر بل په مرسته غواړی ہغو خلکو سره چه دعوی خپلوان د امریکی حکومت لخوا او د یاد دعوی په امر بندی شویدی، معتہ قانونی مرستی ورکړی، لکن ددغه کار د سرته رسیدلو لپاره د تاسو ہمکاری ته ضرورت لری. تاسو باید د خپل خپلوان د موکل په حیث دری ته اجازه ورکړی چه تاسو خپلوان سره چی بندی دی زګړی او د دعوی ته شخصاً اجازه داخلی چی د دعوی وکالت وکړی ، ځکه چی بی ته دعه اجازت ناشی د دیته موسسه شی کولای چی بندیانو سره وزګوری او د دعوی وکالت وکړی

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندی معلومات مومینه راکړی (الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلاً پلار، مور، زور، خور ، اکا او غیره (ج) د هغه بندی نوم چی تاسو غواړی هغه سره موسسه وشی (ت) د بندی ځای نوم چی تاسو فکر کړی ستاسو بندی هلته قید دی مثلاً ګوانتانامو بی ، بګرام او یا کریم بل بندیخانه

د دغه انګریزی اجازت نامه پښتو ترجمعه یی په لاندی ډول دی:

نیټه: د سنبلی ۰۸ میاشتی ۰۷ د رخ ، ۲۰۰۵ کال

اجازت نامه

زما نوم _____ دی. زه د خپل خپلوان چی زما _____ کیږی او نوم ئی _____ دی نمایندګی کوم. هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د ہغه د نوم تر څنګ یو چلیپا (×) وایسی.

(×) ګوانتانامو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په _____ کی دی
( ) خورما بله بندی خانه

زه د دکرت وکالت خانه ، کلایف ستالورد سپیټ ، عدالت په جلای وطن مرسټی او هر چا لیږ چی د دری لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له پلوه ځخه د ہر ډول ضروری اسناد او معلوماتو د راول ژلو په برخه کی چی د دعوی د

دفاع لپاره حڼی گټه راغبښتل شی عمل وکړی. اوښر. له دی نه به امریکی محکمی او
نورو قانونی مراجعو کړی زما د خپل ان آزاره د انصاف غوښتنه وکړی

لاسلیک ــــــــــــــــــــــــــــــــــ

شاهد توی ــــــــــــــــــــــــــــــــــ

د شاهد لاسلیک ــــــــــــــــــــــــــــــــــ

دا اجازت تاڼه باید پہ لاندی پتہ ولیږل شی.

Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa. 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آیندہ کی موږ د تاسو د خپلوان د قضیہ په برخه کی معلومات درکړو
نو لطفاً خپل پتہ موږ تہ ولیږی.

## د قانونی جریاناتو روانہ حالت

بندیانو وکیلان په امریکی د عالی محکمی کی د 2004 کال د جون په میاشتی کی هغه
قضیہ وګټله چی په هغه کی د ګوانتانمو بندیانو تہ اجازت ورکړل کړی چی د خپل
آزادی لپاره محکمی تہ عریضہ ورکړی. د ورتہ بندیان په ګوانتانمو بی کی چی شاید تعداد
نی لہ شلو تیر نا وی په بالاخره د دولت لخوا امیکمہ شی او هغوی تہ به تماسی وکیلان
وټاکل شی. نژ آرسہ پوری 15 بندیان د محکمی د پاره تیار شوی دی. مګر قضلخور تہ
نی (یعنی البانی، یو سودانی او دو بوسنی) باندی رسمی ټور لکړل شوی. د امریکی
حکومت خیال نا دی چی نور بندیان تر هغه وخته پوری دی د دوی خوښه وی هلتہ
رساتی او بیا یہ خپل خوښہ دوی آزاد کړی. لیکن وکیلان غواړی چی باید دغه بندیان
یا محکمہ شی او یا باید آزاد شی.

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): Abdul Ghafar

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

*[signature]*
TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 7th day of August, 2005

**Authorization**

My name is Farid Ahmed. I am acting as next friend for my brother, whose name is Abdullah Mujahid Haq, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.