Exhibit F

Authorization for
Mohammad Rahim

⑨

څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی
حکومت لخوا یا د هغوی په امر باندی نیول شوی دی،
مرسته وکړی

د ډګرټ وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د یو
بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د
هغوی په امر باندی بندیان شویدی، مفته قانونی مرستی ورکړی. لیکن دغه کار د سره
رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د مرکټ په
حیث دوی ته اجازه ورکړی چی ستاسو خپلوان سره چی بندی دی وګوری او د هغوی
نه شخصاً اجازه واخلی چی د هغوی وکالت وکړی، ځکه چی بی له دغه اجازت نامی نه
دغه موسسه نشی کولای ستاسو بندیانو سره وګوری او د هغوی وکالت وکړی.

تاسو باید دا لاندنی تورمه ډک کړی او په هغه کی دا لاندی معلومات بونرته وړاکړی:
(الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلاً پلار، مور، ورور، اکا او
وغیره (پ) د هغه بندی نوم چی تاسو غواړی دغه سره مرسته وشی (ت) د بندی ځای
نوم چی تاسو لګر کړی ستاسو بندی ملته قید دی مثلاً ګوانتانامو بی، بګرام او یا کومه بله
بندیخانه.

د دغه انګریزی اجازت نامه پښتو ترجمه تری په لاندی ډول دی:

نیټه د ........۸م.......... میاشتی ........۰۷........ ورځ، 2005 کال

اجازت نامه

زما نوم _____ دی. زه د خپل خپلوان چی زما _____
کیږی او نوم یی _____ دی نمایندګی کوم.
هغه بندی خانه چی ستاسو بندی پا متعلقی قید دی د دغه د نوم تر څنګدیر چایا (×)
وباسی.

( ) ګوانتانامو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په _____ کی دی
( ) کومه بله بندی خانه

زه د ډګرټ وکالت خانه، کلاینټ کنالوزډ سینټ، عدالت په جلای وطن ډرسټ او هر
چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له
پلوه څخه، د هر ډول ضروری اسناد او معلوماتو د راتلو ټولو په برخه کی چی د دغی

دفاع لپاره اپارډ حپلي ګټه واخیستل شي عمل وکړي. او سره له دې نه په امریکي محکمو او نورو قانوني مراجعو مراجعه کي زما د خپلوان لپاره د انصاف غوښتنه وکړي.

لاملیک ــــــــــــــــــــــــــــــــــــــــ

شاهد نوم ــــــــــــــــــــــــــــــــــــــــ

د شاهد لاسلیک ــــــــــــــــــــــــــــــــــــــــ

دا اجازت نامه باید په لاندې پته وراستول شي:

Dechert LLP
Attn: Peter M. Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کې د مونږ د تاسو د خپلوان د قضیه په برخه کې معلومات ترلاسه کړئ نو لطفاً خپل پته مونږ ته ولیږی.

## د قانوني جریاناتو روانه حالت

دبندیانو وکیلان د امریکي په حال نۍ سحکمي کې د ۲۰۰۴ کال د جون په میاشتی کې دغه قضیه نۍ وکړل چي په هغه کې د ګوانتانمو بندیانو ته اجازت ورکړل کیږي چي د خپل آزادی لپاره سحکمۍ ته عریضه وکړي. ځو تنه بندیان په ګوانتانمو کې چي ښاید تعداد یې له ۸۰ نه ډیر وي په بالاخره د دولت لخوا محکمه شي او هغوي ته به لښتلمي وکیلان ورتللي شي. تر اوسه پورې ۱۵ بندیان د محکمې د پاره تیارشوي دي, مګر څلور تنو ته نۍ (ور آسټرالیاني، یو سوډاني او دوه پښتۍ) پاڼي رسمي تور لګول شویدي. د امریکي حکومت خیال دا دی چي اور بندیان تر هغه وختنه پورې چي د دوي خوښه وي ملګ رسانی او بیا په خپل خوښه دوي آزاد کړي. لیکن وکیلان غواړی چي باید دغه بندیان ومحکمه شي اویا باید آزاد شي.

۲

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): Idris Khattak

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 7th day of August, 2005

**Authorization**

My name is Mohammad Karim. I am acting as next friend for my brother, whose name is Mohammad Rahim, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[_] Bagram prison
[_] the detention center at _____
[_] another detention.