Exhibit G

Authorization for
Mohammad Zahir



څرنګه کولای شی چه خپلو خیلوانو سره چی د امریکی
حکومت   لخوا یا د هغوی په امر باندی نیول شوی دی،
مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده. د یو
بل په مرسته غواړی. هغو خلکو سره چه د هغوی خیلوان د امریکی حکومت لخوا او یا د
هغوی په امر باندی بندیان شوی دی، مفته قانونی مرسته وکړی. لیکن دغه کار د سرته
رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خیلوانو د مرګل په
حیث دوی ته اجازه ورکړی چی دستاسو خیلوان سره چی بندی دی وګوری او د هغوی
ته شخصاً اجازه واخلی چه د هغوی وکالت وکړی ، دلکه چی بی له دغه اجازت نامی نه
دغه موسسه نشی کولای چی بندیانو سره وګوری او د هغوی وکالت وکړی.

تاسو باید دا لاندنی فورمه دک کړی او په هغه کی دا لاندی معلومات مونږ ته راکړی:
(الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلاً پلار، مور، زوی، خور، اکا او
وغیره (ج) د هغه بندی نوم چی تاسو غواړی دغه سره مرسته وشی (ت) د بندی خانی
نوم چی تاسو فکر کړی ستاسو بندی ملته قید دی مثلاً گوانتانمو بی، بګرام او یا کوم بل
بندیخانه.

د دغه انګریزی اجازت نامه پښتو ترجمعه دی په لاندی ډول دی:

ایټه:   د .........   مباشی   ..........   ورځ 2005 کال

اجازت نامه

زما نوم   ...........................   دی. زه د خیل خیلوان چی زما ..............
ګوری او نوم نی   ..........................   دی نماندګی کوم ،
مفته بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر څنګ پر چلیپا (×)
وباسي.

(A) گوانتانمو بی
( )   بګرام بندی خانه
( )   مفته بندی خانه چی په ........................... کی دی
(   )   کرمه بله بندی خانه

زه د دکرت وکالت خانه ، کالرت ستانفورد سمیت ، عدالت به جلای وطن مؤسسی او هر
چا لوید چی د دوی لخوا مترر کیږی ته دا صلاحیت ورکوم چی زما او زما د خیلوان له
پلوه تخته د هر ډول ضروری اسناد او معلوماتو د راټول ولو په برخه کی چی د هغوی د

دفاع لپاره ځینې ګنه واخیستل شي، عمل وکړي. او سره له دی نه په امریکی محکمو او نورو قانونی مراجعو کي زما د خپلوان لپاره د انصاف غوښتنه وکړي.

لاسلیک ـــــــــــــــــــــــ

شاهد نوم ـــــــــــــــــــــــ

د شاهد لاسلیک ـــــــــــــــــــــ

دا اجازت نامه باید په لاندی پته ولیږل شي:

Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کي د موذن د تاسو د خپلوان د قضیه په برخه کي معلومات درنلوږم نو لطفا خپل پته موذن ته ولیږی.

## د قانونی جریاناتو روانه حالت

بندیانو وکیلان د امریکن د سترې محکمی د ۲۰۰۴ کال د جون په میاشتی کی هغه قضیه ئی وګټل چی په هغه کی د ګوانتانمو بندیانو ته اجازت ورکړل کیږی چی د خپل آزادی لپاره محکمی ته عریضه وکړي. کیوتته بندیان په ګوانتانمو دی کن چی شاید تعداد نی له شلو نه دیر نه وی، په بالاخره د دولت لخوا محکمه شی او هغوی ته به نظامی وکیلان وناکل شی. تر اوسه پیری ۵۱ بندیان د محکمی د پاره تیار شوی دی، مګر فقط څلور تنه نی (بر استرالیانی، بو سوڈانی او دوه یمنی) بندی رسمی تور لګول شوید. د امریکی حکومت خیال داذی چی لږ بندیان تر هغه وخته پیری چی د دی خوبه وی هله رسا نی او بیا په خپل خوښه دوی آزاد کړی. لیکن وکیلان غواړی چی باید دغه بندیان یامحکمه شی اویا باید آزاد شی.

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): Idris Khattak

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

**TRANSLATOR'S CERTIFICATION**

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

**HOW TO HELP YOUR RELATIVE DETAINED BY OR
AT THE BEHEST OF THE U.S. GOVERNMENT**

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 6th day of August, 2005

**Authorization**

My name is Abdul Wahab. I am acting as next friend for my brother, whose name is Mohammad Zahir, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.