Exhibit H

Authorization for
Ghulam Roohani

دفاع لپاره خپلی ګټه واخیستلی شی عمل وکړی، او سره له دې نه به امریکی محکمو او نورو قانونی مراجعو کی زیاد خپلوان لپاره د انصاف غوښتنه وکړی.

لاسلیک _____

شاهد نوم _____

د شاهد لاسلیک _____

دا اجازت نامه باید په لاندی پته ولیږل شی:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کی موټر د تاسو د خپلوان د قضیه په هر خنه کی معلومات درولیږو نو لطفا خپل پته موټر ته ولیږی.

## د قانونی جریاناتو روانه حالت

بندیانو وکیلان د امریکی په عالی محکمی کی د 2004 کال د جون په میاشتی کی هغه قضیه وی وګټل چی په هغه کی د ګوانتانامو بندیانو ته اجازت ورکړل کیږی چی د خپل آزادی لپاره محکمی ته عریضه وکړی. خو ټه بندیان په ګوانتانامو کی چی شاید تعداد یی له څلور نه ډیر نه وی په بالاخره د دولت لخوا محکمه شی او هغوی ته به نښانی وکیلان وټاکل شی. تر اوسه پوری 15 بندیان د محکمی د پاره تیار شوی دی، مګر فقط څلور تنه یی (یو استرالیائی، یو سوډانی او دوه یمنی) باندی رسمی توړ لګول شویدی. د امریکی حکومت خیال دا دی چی نور بندیان تر هغه وخته پوری چی د دوی خوبه وی هلته رسا نی او بیا به په خپل خوښه دوی آزاد کړی. لیکن وکیلان غواړی چی باید دغه بندیان یا محکمه شی اوبا باید آزاد شی.

(1a)

"څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی حکومت لخوا یا د هغوی په امر باندی نیول شوی دی؟ مرسته وکړی"

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، دی په بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د هغوی په امر باندی بندیان شویدی، مفته قانونی مرسته ورکړی. لیکن دغه کار د سرټه رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د موکل په حیث دوی ته اجازه ورکړی چی دستانو خپلوان سره بندی وګوری او د هغوی نه شخصا اجازه واخلی چی د هغوی وکالت وکړی. محکمه چی بی له دغه اجازت تاسو ته دغه موسسه نشی کولای چی بندیانو سره وګوری او د هغوی وکالت وکړی.

تاسو باید دا لاندی فورمه ډک کړی، او په هغه کی دا لاندی معلومات مرفوعته راکړی: (الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلا پلار، مور، وروړه خور، اکا او وغیره (پ) د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت) د بندی ځانی نوم چی تاسو فکر کړی ستاسو بندی ملنه فید دی مثلا ګوانتانمو بی، بګرام او یا کوم بل بندیخانه.

د دغه انګریزی اجازت نامه بشتو ترجمه لاندی ډول دی:

نیټه: د ........ 08 ........ میاشتی ........ اکتوبر ........ ورځ، 2005 کال

اجازت نامه

زمانوم ....سیاه جی خلاص خیلانی..... دی. زه د خپل خپلوان چی زما ....ورور........ کیږی او نوم ئی ....علاء جی درخواه.... دی نمایندګی کوم. هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر څنګ یو چلیپا (x) ویاست.

(x) ګوانتانمو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په ............... کی دی
( ) کرمه بله بندی خانه

زه د دکرت وکالت خانه، کلایف ستافورد سمیت، عدالت به جلای وطن موسسې او هر چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او د خپلوان له پلوه څخه د هر ډول ضروری اسناد او معلوماتو د راتول وړل په برخه کی چی د هغی

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): Idris Khattak

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

10258426.1.LITIGATION 11/9/2005

- 2 -

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

*[signature]*
TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 6th day of August, 2005

**Authorization**

My name is Ghulam Jeelani. I am acting as next friend for my son, whose name is Ghulam Roohani, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.