Exhibit I

Authorization for
Dr. Hiyatullah

دفاع لپاره دغې ګټه واخیستل شي عمل وکړي، او سره له دې نه په امریکي محکمو او نورو قانوني مراجعو کې زما د خپلوان لپاره د انصاف غوښتنه وکړي.

لاسلیک _____

شاهد نوم _____

د شاهد لاسلیک _____

دا اجازت نامه باید په لاندې پته ولیږل شي:

Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کې مونږ د تاسو د خپلوان د قضیه په برخه کې معلومات درولېږو نو لطفا خپل پته مونږ ته ولېږی.

د قانوني جریاناتو روانه حالت

بندیانو د وکیلان د امریکی د عالي محکمی کی د 2004 کال د جون په میاشتي کی هغه قضیه وګټله چې په هغه کې د ګرانتانامو بندیانو ته اجازت ورکړل کېږي چې د خپل آزادی لپاره محکمی ته عریضه وکړي. خو ته بندیان په ګوانتانامو کې چې شاید تعداد یې له شلو نه زیاد نه وي په بالاخره د دولت لخوا محکمه شي او غوښتي ته به تنظیمي وکیلان وټاکل شي. تر اوسه پوری 15 بندیان د محکمی د باره نیازمندی دی، مګر قط ه ولانو ته نې (یو آسترالیایي، یو سوداني او دو یمني) باندی رسمي تور لګول شویدی. د امریکي حکومت خیال دا دي چې نور بندیان تر څه وخته پوری چې د دوی خویښه وی هلته وساتی او بیا به خپل خوښه دوی آزاد کړی. لیکن وکیلان غواړی چې باید دغه بندیان یا محکمه شي او یا باید آزاد شي.

(13)

څرنګه کولای شئ چه خپلو خپلوانو سره چې د امریکی
حکومت لخوا د هغوی په امر باندی نیول شوی دی،
مرسته وکړی

د دکرټ وکالټ خانه او "عدالت په جلای وطن کی" چه دوه غیر انتفاعی موسسه ده، دغه بل په مرسته غواړی هغو خلکی سره چه د هغوی خپلوان د امریکی حکومت لخوا د یاد هغوی په امر باندی بندیان شویدی، مفته قانونی مرستی وکړی. لیکن د دغه کار د سره رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د موکل په حیث دوی ته اجازه ورکړی چی بستانس خپلوان سره چه بندی دی وګورزی او د هغوی ته شخصاً اجازه واخلی چی د غوړی وکالت وکړی، ځکه چی بی له دغه اجازت نامی نه دغه موسسه نشی کولای چی بندیانو سره وګورزی او د د غوړی ویکا لټ وکړی.

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندی معلومات موارده راکړی:
(الف) خپل نوم (ب) د تاسو رشته له بندی سره مثلا پلار، مور، ورور، اخر، اکا او وغیره (پ) د هغه بندی نوم چی تاسو غواړی مته سره مرسته وشی (ت) د بندی ځای نوم چی تاسو فکر کوی ستاسو بندی خپله خپله ټیه دی مثلا ګوانټانامو بی، باګرام او یا کرم بل بندیخانه.

د دغه انګریزی اجازت تاسه پښتو ترجمه یی په لاندی درل دی:

نیټه: د ___08___ میاشتی ___کال___ ورخ 2005 کال

اجازت نامه
زما نوم _____ دی. زه د خپل خپلوان چی زما ___سره زوی___
کړی او نوم یی _____ نمایندګی کوم.
مته بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم ترڅنګه یو چلیپا (×) وایستی.

(×) ګوانټانامو بی
( ) باګرام بندی خانه
( ) مته بندی خانه چی په _____ کی دی.
( ) کومه بله بندی خانه

زه د دکرټ وکالټ خانه، کلایب سټلفورد سیټ، عدالت په جلای وطن موسسی او ډر جا نور، چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان په پلوه د هر ډول ضروری اسناد او معلوماتو د راټول راوی په برخه کی چی د ...

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____
Signature

*Witnessed By:*

_____
Signature of Witness

Name of Witness (printed): Idris Khattak

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

10258431.1.LITIGATION 11/9/2005

## TRANSLATOR'S CERTIFICATION

I, Tariq Arsalayee, certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed on November 20, 2005.

*[signature]*
TARIQ ARSALAYEE
5311 Waldo Drive
Alexandria, VA 22315

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 10th day of August, 2005

**Authorization**

My name is Dr. Abdul Zahir. I am acting as next friend for my cousin whose name is Dr. Hiyatullah, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[X] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.