Exhibit J

Authorization for
Chaman Gul Khialigol

## AUTHORIZATION

My name is Honorgol Khialigol. I am 32 years old. I am originally a citizen of Afghanistan, but I am now a resident of the United Kingdom where I am a refugee. I am the younger brother of Chaman Gul Khialigol, who is currently being held in Guantanamo Bay.

I have received communications from my brother in Guantanamo. I know that my brother would want me to secure legal assistance for him. I hereby authorize the Dechert law firm, Clive Stafford Smith and the Center for Constitutional Rights, and any other lawyer assigned by them, to bring any legal action they deem necessary on my brother's behalf, including but not limited to a challenge in the U.S. courts to his illegal detention.

Signed this 23rd day of June, 2005.

_____
Honorgol Khialigol

Witnessed:

_____
WALI