IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., : <br> : <br> *Petitioners/Plaintiffs*, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, et al., : <br> : <br> *Respondents/Defendants*. : | Case No. 1:05-CV-2367 (RWR) |

**ENTRY OF APPEARANCE AND ATTORNEY**
**CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Peter M. Ryan, hereby (1) enters his appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is providing representation to petitioners without compensation.

Dated: December 19, 2005

/s/ Peter M. Ryan
Peter M. Ryan
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2449
Fax: (215) 655-2449

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

      I, Peter M. Ryan, hereby certify that on December 19, 2005, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Peter M. Ryan