IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　President of the United States,<br>　*et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-CV-0887 (RWR) |
| ABDULLAH WAZIR ZADRAN, *et al.*,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　President of the United States,<br>　*et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-CV-2367 (RWR) |

### NOTICE OF MULTIPLE PETITIONS FILED BY
### GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 1021 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 1021 has filed petitions as Chaman in Chaman v. Bush, No. 05-CV-0887 (RWR), and as Chaman Gul Khialigol in Zadran v. Bush, No. 05-CV-2367 (RWR).

Dated: December 20, 2005　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        DOUGLAS N. LETTER
        Terrorism Litigation Counsel

          /s/ Preeya M. Noronha
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        TERRY M. HENRY
        JAMES J. SCHWARTZ
        PREEYA M. NORONHA
        ROBERT J. KATERBERG
        NICHOLAS J. PATTERSON
        ANDREW I. WARDEN
        EDWARD H. WHITE
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20044
        Tel:  (202) 514-2000

        Attorneys for Respondents