IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____) | Case No. 1:05-CV-02367 (RWR) |

ORDER

Upon consideration of Petitioners' Unopposed Motion for Entry of a Protective Order, it is hereby

**ORDERED** that the following orders entered in the *In re Guantanamo Bay Detainee Cases* shall apply in this case: (1) the November 8, 2004, Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the November 10, 2004, Order Addressing Designation Procedures for "Protected Information"; and (3) the December 13, 2004, Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order.

Date: _____          _____
                                      RICHARD W. ROBERTS
                                      United States District Judge

Attorneys to be noticed:

Rebecca P. Dick
D.C. Bar No. 463197
Rebecca.Dick@dechert.com
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
Tel: 202.261.3300
Fax: 202.261.3333

Peter. M. Ryan
Peter.Ryan@Dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Tel: 215.994.4000
Fax: 215.994.2222

*Attorneys for Petitioners*


Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
Tel: 202.514.3338

*Attorney for Respondents*