IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| Petitioners/Plaintiffs, | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents/Defendants. | : |

ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Juliet Sarkessian, hereby (1) enters her appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New York, the State of North Carolina, the United States District Court for the Eastern District of Pennsylvania, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the Western District of North Carolina and is providing representation to petitioners without compensation.

Dated: December 30, 2005

Juliet Sarkessian
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215.994.4000
Fax: 215.994.2222

*Counsel for Petitioners*