IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*,       )<br>                                                                  )<br>            Petitioners/Plaintiffs,                    )<br>                                                                  )<br>      v.                                                          )     Case No. 1:05-CV-02367 (RWR)<br>                                                                  )<br>GEORGE W. BUSH, *et al.*,                      )<br>                                                                  )<br>            Respondents/Defendants.           )<br>_____)  | |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE PETITION OF TOORAN MOHAMMAD AMANNULLAH

Petitioner Tooran Mohammad Amannullah, through his next friend, Mirra Jaan, hereby moves the Court for dismissal without prejudice of his petition for a writ of habeas corpus and other claims. Tooran Mohammad Amannullah has been released from the Guantanamo Bay Naval Station and has returned to Afghanistan, his native country.

Pursuant to Local Civil Rule 7(m), counsel for the Petitioners conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose this motion. A proposed form of order is attached.

Dated: January 3, 2006

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: /s/ Rebecca P. Dick
Rebecca P. Dick (D.C. Bar # 463197)
R. Michael Smith (D.C. Bar # 372654)
1775 Eye St., N.W.

|  |  |
|---|---|
| Daniel C. Malone<br>30 Rockefeller Plaza<br>New York, New York 10112<br>212.698.3500 | Washington, D.C. 20006<br>Tel. 202-261-3300<br>Fax: 202-261-3333<br><br>George G. Gordon<br>Peter M. Ryan<br>Juliet Sarkessian<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: 215.994.4000<br>Fax: 215.994.2222<br><br>Attorneys for Petitioners |