IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____) | Case No. 1:05-CV-02367 (RWR) |

ORDER

Tooran Mohammad Amannullah having been released from the Guantanamo Bay Naval Station and having returned to his native country, and upon consideration of Petitioners' unopposed motion, the petition for a writ of habeas corpus and other claims brought by Tooran Mohammad Amannullah through his next friend, Mira Jaan, are hereby dismissed without prejudice.

Date: _____        _____
                                    RICHARD W. ROBERTS
                                    United States District Judge

Attorneys to be noticed:

Rebecca P. Dick  (D.C. Bar # 463197)
Rebecca.Dick@Dechert.com
Dechert LLP
1775 Eye St., N.W.
Washington, D.C. 20006
Tel:  202.261.3300
Fax:  202.261.3333

Peter M. Ryan
Peter.Ryan@Dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215.994.4000
Fax: 215.994.2222

*Attorneys for Petitioners*


Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
Tel:  202.514.3338

*Attorney for Respondents*