IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>      Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>      Respondents/Defendants. )<br>_____) | Case No. 1:05-CV-02367 (RWR) |

## MOTION FOR ENTRY OF A PRESERVATION ORDER

Petitioners Abdullah Wazir Zadran, through his next friend Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend Gul Hyat Khan; Abdullah Mujahid Haq, by his next friend Farid Ahmed; Mohammad Rahim, through his next friend Mohammad Karim; Mohammad Zahir, through his next friend Abdul Wahab; Ghulam Roohani, through his next friend Ghulam Jeelani; Dr. Hiyatullah, through his next friend Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend Honorgol Khialigol, respectfully move the Court for entry of a Preservation Order directing Respondents to preserve and maintain all evidence, documents, and information wherever located now or in the future in Respondents' possession, custody, or control, relating to (1) any of the individual detained Petitioners in this matter; (2) any of their petitions for writs of habeas corpus, including but not limited to materials relating to the torture, mistreatment, or abuse of detainees at Guantanamo

Bay Naval Station; or (3) any of the other claims raised in Petitioners' December 9, 2005, petition.

Dated: January 3, 2006

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: _____
Rebecca P. Dick (D.C. Bar 463197)
R. Michael Smith (D.C. Bar 372654)
1775 Eye St., N.W.
Washington, D.C. 20006
Tel: 202.261.3300
Fax: 202.261.3333

Daniel C. Malone
30 Rockefeller Plaza
New York, New York 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215.994.4000
Fax: 215-994-2222

2