IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| | : Case No. 1:05 CV 02367 |
| Petitioners/Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| GEORGE W. BUSH, *et al.*, | : |
| | : |
| Respondents/Defendants. | : |

DECLARATION OF REBECCA P. DICK IN SUPPORT OF PETITIONERS'
MOTION FOR A PRESERVATION ORDER

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1.  I am an attorney at the law firm of Dechert LLP, 1775 I Street, N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. Dechert LLP represents Petitioners Abdullah Wazir Zadran, through his next friend, Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend, Gul Hyat Khan; Abdullah Majihid Haq, through his next friend, Farid Ahmed; Mohammad Rahim, through his next friend, Mohammad Karim; Mohammad Zahir, through his next friend, Abdul Wahab; Ghulam Roohani, through his next friend, Ghulam Jeelani; Dr. Hiyatullah, through his next friend, Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend, Honorgol Khialigol, in the above-captioned action. I make this declaration in support of Petitioners' Motion for Immediate Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243. I make this declaration in support of Petitioners' Motion for a Preservation Order.

2.	Attached hereto as Exhibit A is a true and correct copy of a Preservation Order issued in *Slahi v. Bush*, No. 05-881 (Order dated July 18, 2005).

3.	Attached hereto as Exhibit B is a true and correct copy of a Preservation Order issued in *Abdah v. Bush*, No. 04-1254 (HHK) (Order dated June 10, 2005).

4.	Attached hereto as Exhibit C is a true and correct copy of a Preservation Order issued in *Al-Shiry v. Bush*, No. 05-0490 (Order dated March 23, 2005).

5.	Attached hereto as Exhibit D is a true and correct copy of a Preservation Order issued in *Al-Marri v. Bush*, No. 04-2035 (Order dated March 7, 2005).

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed on ___January 3, 2006___.

_____
REBECCA P. DICK