IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____ ) | Case No. 1:05-CV-02367 (RWR) |

## PRESERVATION ORDER

Upon consideration of the Motion for Entry of a Preservation Order by Petitioners Abdullah Wazir Zadran, through his next friend Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend Gul Hyat Khan; Abdullah Mujahid Haq, by his next friend Farid Ahmed; Mohammad Rahim, through his next friend Mohammad Karim; Mohammad Zahir, through his next friend Abdul Wahab; Ghulam Roohani, through his next friend Ghulam Jeelani; Dr. Hiyatullah, through his next friend Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend Honorgol Khialigol, it is hereby

**ORDERED** that the Respondents shall preserve and maintain all evidence, documents, and information, wherever located and without limitation, now or in the future in Respondents' possession, custody, or control of Respondents, relating to: (1) the individual detained Petitioners named in this motion; (2) their petitions for writs of habeas corpus, including but not limited to materials relating to the torture, mistreatment, or abuse of detainees

at Guantanamo Bay Naval Station; or (3) any of the other claims raised by the Petitioners in their December 9, 2005, Petition.

Date: _____    _____
RICHARD W. ROBERTS
United States District Judge

<u>Attorneys to be noticed:</u>

Rebecca P. Dick  (D.C. Bar # 463197)
Rebecca.Dick@Dechert.com
Dechert LLP
1775 Eye St., N.W.
Washington, D.C. 20006
Tel.  202-261-3300
Fax:  202-261-3333

Peter M. Ryan
Peter.Ryan@Dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215.994.4000
Fax: 215.994.2222

*Attorneys for Petitioners*


Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
Tel:  202-514-3338

*Attorney for Respondents*