# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDULLAH WAZIR ZADRAN, et al.,

    *Petitioners/Plaintiffs,*

    v.

GEORGE W. BUSH, et al.,

    *Respondents/Defendants.*

**Case No.  1:05 CV 02367**

**ORAL ARGUMENT REQUESTED**

## MOTION FOR THE IMMEDIATE ISSUANCE OF A WRIT OF HABEAS CORPUS OR ORDER TO SHOW CAUSE UNDER 28 U.S.C. § 2243

Petitioners Abdullah Wazir Zadran, through his next friend Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend Gul Hyat Khan; Abdullah Mujahid Haq, by his next friend Farid Ahmed; Mohammad Rahim, through his next friend Mohammad Karim; Mohammad Zahir, through his next friend Abdul Wahab; Ghulam Roohani, through his next friend Ghulam Jeelani; Dr. Hiyatullah, through his next friend Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend Honorgol Khialigol, respectfully submit this motion requesting that the Court issue forthwith a writ of habeas corpus or order to show cause why the writ should not be granted, returnable by Respondents in three (3) days under 28 U.S.C. § 2243.

Pursuant to Local Civil Rule 7(m), counsel for Petitioners conferred by telephone with counsel for Respondents regarding the relief requested in this motion and were advised that

Respondents would not agree to certify the true cause of Petitioners' detention under § 2243.

Therefore, Petitioners file this motion for a Court order requiring such relief.

Dated: _January 3, 2006_

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: _Rebecca P. Dick_
Rebecca P. Dick
D.C. Bar No. 463197
R. Michael Smith
D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

Daniel C. Malone
30 Rockefeller Plaza
New York, New York 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000