IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Case No. 1:05 CV 02367 |

DECLARATION OF REBECCA P. DICK IN SUPPORT OF PETITIONERS'
MOTION FOR IMMEDIATE ISSUANCE OF A WRIT OF HABEAS
CORPUS OR ORDER TO SHOW CAUSE UNDER 28 U.S.C. § 2243

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I Street, N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. Dechert LLP represents Petitioners Abdullah Wazir Zadran, through his next friend, Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend, Gul Hyat Khan; Abdullah Majihid Haq, through his next friend, Farid Ahmed; Mohammad Rahim, through his next friend, Mohammad Karim; Mohammad Zahir, through his next friend, Abdul Wahab; Ghulam Roohani, through his next friend, Ghulam Jeelani; Dr. Hiyatullah, through his next friend, Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend, Honorgol Khialigol, in the above-captioned action. I make this declaration in support of Petitioners' Motion for Immediate Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243.

2. Attached hereto as Exhibit A is a true and correct copy of the Order to Show Cause issued in *Chaman v. Bush*, No. 05-887 (RWR) (Order dated May 12, 2005).

3. Attached hereto as Exhibit B is a true and correct copy of an Order to Show Cause issued in *Tumani v. Bush*, No. 05-526 (RMU) (Order dated Apr. 19, 2005).

4. Attached hereto as Exhibit C is a true and correct copy of an Order issued in *State of New York v. Microsoft Corp.*, No. 98-1233 CKK (Order dated Nov. 18, 2002).

5. Attached hereto as Exhibit D is a true and correct copy of a Stipulated Protective Order issued in *Perkins v. U.S.*, No. 99-3031 AK (Order dated Feb. 21, 2001).

6. Attached hereto as Exhibit E is a true and correct copy of an Order to Show Cause issued in *El-Banna v. Bush*, No. 04-1144 (RWR) (Order dated July 23, 2004).

7. Attached hereto as Exhibit F is a true and correct copy of an Order to Show Cause issued in *Abdah v. Bush*, No. 04-1254 (HHK) (Order dated Aug. 6, 2004).

8. Attached hereto as Exhibit G is a true and correct copy of an Order to Show Cause issued in *El-Mashad v. Bush*, No. 05-0270 (JR) (Order undated but docketed on Apr. 7, 2005).

9. Attached hereto as Exhibit H is a true and correct copy of an Order to Show Cause issued in *Al Joudi v. Bush*, No. 05-301 (GK) (Order dated Mar. 7, 2005).

10. Attached hereto as Exhibit I is a true and correct copy of an Order to Show Cause issued in *Ameziane v. Bush*, No. 05-0392 (ESH) (Order dated Mar. 10, 2005).

11. Attached hereto as Exhibit J is a true and correct copy of an Order to Show Cause issued in *Batarfi v. Bush*, No. 05-409 (EGS) (Order dated Mar. 9, 2005).

12. Attached hereto as Exhibit K is a true and correct copy of an Order to Show Cause issued in *Al-Oshan v. Bush*, No. 05-520 (RMU) (Order dated Mar. 22, 2005).

13. Attached hereto as Exhibit L is a true and correct copy of an Order Setting Final Deadline for Submission of Factual Returns issued by Coordinating Judge Joyce Hens Green in *In re Guantanamo Detainee Cases*, Nos. 02-299 (CKK), *et al.* (Order dated Oct. 29, 2004).

14. Attached hereto as Exhibits M and O – R are true and correct copies of government documents released under a court order entered in litigation brought under the Freedom of Information Act. *See American Civil Liberties Union v. Department of Defense*, No. 04-CV-4151 (AKH) (S.D.N.Y.).

15. Attached hereto as Exhibit N is a newspaper article written by Carol D. Leonnig and Dana Priest entitled *Detainees Accuse Female Interrogators: Pentagon Inquiry Is Said to Confirm Muslims' Accounts of Sexual Tactics at Guantanamo*, published by The Washington Post on February 10, 2005, at page A1.

16. Attached hereto as Exhibit S is a true and correct copy of an Order to Show Cause entered in *Abdullah v. Bush*, No. 05-0023 (RWR) (Order dated Apr. 8, 2005).

17. Attached hereto as Exhibit T is a true and correct copy of Respondents' Response to the *Abdullah* Order to Show Cause, No. 05-0023 (RWR), dated Apr. 15, 2004.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed on January 3, 2006.

_____
REBECCA P. DICK