# Exhibit F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| MAHMOAD ABDAH, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. |

Civil Action 04-01254 (HHK)

### ORDER TO SHOW CAUSE

It is by the Court this 6th day August, 2004, hereby,

**ORDERED** that Respondents, within ten (10) days of the docketing of this order, shall file with the Court and serve on Petitioners a statement showing why the Writ of Habeas Corpus sought by Petitioners should not be granted.

                                          Henry H. Kennedy, Jr.
                                          United States District Judge