# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAJID ABDULLA AL JOUDI, _____ :
et al., :
:
        Petitioners, :
:
      v. : Civil Action No. 05-301 (GK)
:
GEORGE W. BUSH, et al., :
:
        Respondents, :

ORDER

On February 9, 2005, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. To date, the Government has not responded to that Petition. On March 3, 2005, Petitioners filed a Motion for the Immediate Issuance of a Writ of Habeas Corpus or, Alternatively, to Issue an Order to Show Cause. Accordingly, it is hereby

**ORDERED** that the Government shall, by **March 28, 2005,** show cause why this writ should not be granted.

March 7, 2005
                                  /s/
                                Gladys Kessler
                                United States District Judge

**Copies via ECF to all
counsel of record**