# Exhibit I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMEL AMEZIANE, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-0392 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

## ORDER

The above Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief was reassigned to this Court on March 4, 2005. To date, respondents have not responded to his Petition. Accordingly, it is this 10th day of March, 2005, hereby

**ORDERED** that the respondents shall, by April 1, 2005, show cause why this writ should not be granted.

**SO ORDERED.**

                                    s/
                          ELLEN SEGAL HUVELLE
                          United States District Court