# Exhibit J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AYMAN SAEED BATARFI, et al.   )
                              )
         Petitioners,         )
                              )
                              )  Civ. No.  05-409 (EGS)
     v.                       )
                              )
                              )  **FILED**
GEORGE W. BUSH, et al.        )
                              )  MAR 9 2005
         Respondents.         )
                              )  NANCY MAYER WHITTINGTON, CLERK
                              )  U.S. DISTRICT COURT

### O R D E R

On March 1, 2005, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. To date, the Government has not responded to that Petition. On March 3, 2005, Petitioners filed a Motion for Writ of Habeas Corpus or Order to Show Cause. Accordingly, it is hereby

**ORDERED** that the Government shall, by **March 18, 2005,** show cause why this writ should not be granted.

3/08/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies via ECF to all counsel of record

