Exhibit K

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH ABDULLA AL-OSHAN *et al.*, :
: 
       Petitioners/ :
       Plaintiffs, :
:
v. : Civil Action No.:   05-0520 (RMU)
:
GEORGE W. BUSH *et al.*, : Document No.:   5
:
       Respondents/ :
       Defendants :

### ORDER

Before the court is the petitioners' motion for a writ of habeas corpus or an order to show cause why the writ should not issue. "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Accordingly, it is this 22nd day of March, 2005,

**ORDERED** that the defendants shall show cause by Tuesday, March 29, 2005, why the writ should not be granted.

**SO ORDERED.**

                                        RICARDO M. URBINA
                                        United States District Judge