Exhibit M

Case 1:05-cv-02367-UNA   Document 9-16   Filed 01/03/2006   Page 1 of 2

| AA22 302 | | Page 2 |

b6 -1
b7C -1

5/22/02

265A-MM-C99102 translated by [redacted]

[redacted] stated he had been beaten unconscious approximately three or four weeks ago when he was still at Camp X-Ray. According to [redacted] a number of guards entered his cell, unprovoked, and started spitting and cursing at him. The guards called him a "son of a bitch," and a "bastard," then told him he was crazy.

[redacted] rolled onto his stomach to protect himself. [redacted] stated a soldier named [redacted] jumped on his back and started beating him in the face, then choked him until he passed out. [redacted] stated that [redacted] was beating him because [redacted] is a Muslim, and [redacted] is Christian. [redacted] indicated there was a female guard named [redacted] who was also beating him and grabbed his head and beat it into the cell floor.

[redacted] stated that all the soldiers were aware of his [redacted] and he was taken to the hospital following the beating, where he received an IV and treatment for his facial wounds. [redacted] claimed [redacted] who is a tall African American male, visited him at the hospital and told the doctors to immediately return him to the camp. [redacted] reported the aforementioned incident to two Red Cross representatives at Camp Delta, who he identified as [redacted] and [redacted]. [redacted] stated he did not do anything to cause the guards to enter his cell, and did everything they instructed him to do. [redacted] had what appeared to be a recent wound on the bridge of his nose.

[redacted] stated that he was put in an isolation cell after he was involved in a dispute over food given to him. [redacted] stated that he is unable to eat certain foods, and was placed in isolation after arguing with a guard.

b6 -3,4
b7C -3,4
b7D -1
b7F -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

DETAINEES-1722

1722

5016