Exhibit P

```
((MSG016.RTF                                                    Page 1
```

b6 -1
b7C -1

From: [redacted] (INSD) (FBI)     b6 -1
To: Caproni, Valerie E. (OGC) (FBI)   b7C -1
cc:
Subject: FW GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Here is the second summary. One more to go.

-----Original Message-----
From: [redacted] (BS) (FBI)
Sent: Monday, August 02, 2004 10:46 AM    b6 -1
To: [redacted] (INSD) (FBI)               b7C -1
Subject: RE GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Mr [redacted]                 b6 -1
                              b7C -1

As requested, here is a brief summary of what I observed at GTMO.

On a couple of occasions, I entered interview rooms to find a detainee chained hand and foot in a fetal position to the floor, with no chair, food, or water. Most times they had urinated or defecated on themselves, and had been left there for 18, 24 hours or more. On one occasion, the air conditioning had been turned down so far and the temperature was so cold in the room, that the barefooted detainee was shaking with cold. When I asked the MP's what was going on, I was told that interrogators from the day prior had ordered this treatment, and the detainee was not to be moved. On another occasion, the A/C had been turned off, making the temperature in the unventilated room probably well over 100 degrees. The detainee was almost unconscious on the floor, with a pile of hair next to him. He had apparently been literally pulling his own hair out throughout the night. On another occasion, not only was the temperature unbearably hot, but extremely loud rap music was being played in the room, and had been since the day before, with the detainee chained hand and foot in the fetal position on the tile floor.

Any questions, feel free to call or ask via email [redacted]
                                                              b2 -1
                                                              b6 -1
                                                              b7C -1

-----Original Message-----
From: [redacted] (INSD) (FBI)
Sent: Thursday, July 29, 2004 10:56 AM    b6 -1
To: [redacted] (BS) (FBI)                 b7C -1
Subject: RE GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

DETAINEES-1760

1760
5053