# Exhibit Q

Case 1:05-cv-02367-UNA   Document 9-20   Filed 01/03/2006   Page 1 of 2



Page 1

b6 -1
b7C -1

((MSG008 RTF

From [redacted] (INSD) (FBI)
To: Caproni, Valerie E. (OGC) (FBI)
cc [redacted] (INSD) (FBI)
Subject: FW Draft of EC

UNCLASSIFIED
NON-RECORD

Valerie' Attached is a draft of the summary EC for the interviews We need to read it in more detail before we finalize, but it does provide you the summary results of our interviews to date You also might note that issues have arisen before regarding the interrogation techniques employed by the military at GTMO, which is referenced in the EC mentioned below We're not pursuing any interviews outside the scope of Iraq at this time But I suspect as the military investigation proceeds, we may have to conduct similar inquiries re GTMO

-----Original Message-----
From [redacted] (HN) (FBI)
Sent: Wednesday, May 19, 2004 4 23 PM
To [redacted] (Div10) (FBI)
Subject: Draft of EC

UNCLASSIFIED
NON-RECORD

FYI - It should be noted that during the interview of UC [redacted] Behavioral Analysis Unit I, CIRG, UC [redacted] inquired as to whether the scope of the inquiry was limited to AGP as he was aware of concerns previously documented by his Unit regarding DOD interrogation techniques utilized at Guantanamo Bay, Cuba (GTMO) UC [redacted] was advised that the inquiry was currently limited in scope to the AGP, however, he was requested to provide the file and serial number for the document he referenced UC [redacted] advised the concerns related to DOD interrogation techniques at GTMO were documented in an EC to case file number 265A-MM-C99102, Serial 1209

Thanks-

UNCLASSIFIED

UNCLASSIFIED

DETAINEES-1469

1469

4790