Exhibit R

                                        b6 -1
                            (R) (FBI)    b7C -1

From:
Sent:                Thursday, May 11, 2004 3:42 PM        b6 -1
To:                                     (R) (FBI)          b7C -1
Subject:             current events

for a better understanding of the issue we spoke about, one should read not
only the bau ec, but the attachments as well.

[          ] is here with me and should anyone be interested , he could illuminate   b6 -1
a lot about gen miller's views on interrogation. [    ] was the the miami case     b7C -1
agent for 14 months.

from what cnn reports , gen karpinsky at abu gharib said  that gen miller
came to the prison several months ago and told her they wanted to "gimotize"
abu gharib. i am not sure what this means.  however, if this refers to intell
gathering as i suspect, it suggests he has continued to support interrogation
strategies we not only advised against, but questioned in terms of
effectiveness.

yesterday, however, we were surprised to read an article in stars and stripes,
in which gen miller is quoted as saying that he believes in the            b6 -1
rapport-building approach. this is not what he was saying at gitmo when i was   b7C -1
there. [    ] and i did cart wheels.  the battles fought in gitmo while gen
miller he was there are on the record.

check out not only the bau ec but dna written by miami division: [         ]   b6 -1,2
should know about this as should [         ] in san francisco.  it's a must read.  b7C -1,2
[                              ] knows these issue quite well and has also fought
battles.  has anyone checked with [              ] ?

                                                                          b5 -1

                                                                          b5 -1

                                                                          b5 -1

                                                        DETAINEES-2706

                                                            3128



b5 -1

talk to you later,

b6 -1

b7C -1

DETAINEES-2707

3129