IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., | : |
| | : No. 05-02367 |
| *Petitioners/Plaintiffs*, | : |
| | : |
| v. | : |
| | : |
| GEORGE W. BUSH, et al., | : |
| | : |
| *Respondents/Defendants*. | : |

## ORDER

Upon consideration of the Motion of Petitioners Abdullah Wazir Zadran, through his next friend Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend Gul Hyat Khan; Abdullah Mujahid Haq, by his next friend Farid Ahmed; Mohammad Rahim, through his next friend Mohammad Karim; Mohammad Zahir, through his next friend Abdul Wahab; Ghulam Roohani, through his next friend Ghulam Jeelani; Dr. Hiyatullah, through his next friend Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend Honorgol Khialigol for the Immediate Issuance of a Writ of Habeas Corpus or Order

to Show Cause Under 28 U.S.C. § 2243, the Memorandum of Points and Authorities in support thereof, and any response thereto, it is hereby

**ORDERED** that Respondents shall, within three (3) days of the date of entry of this Order, file with the Court and serve on Petitioners a statement showing cause why the writ should not be granted.

**SO ORDERED.**

Date: _____

_____
RICHARD W. ROBERTS
United States District Judge

Attorneys to be noticed:

Rebecca P. Dick  (D.C. Bar # 463197)
Rebecca.Dick@Dechert.com
Dechert LLP
1775 Eye St., N.W.
Washington, D.C. 20006
Tel:  202.261.3300
Fax:  202.261.3333

Peter M. Ryan
Peter.Ryan@Dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215.994.4000
Fax: 215.994.2222

*Attorneys for Petitioners*


Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
Tel:  202.514.3338

*Attorney for Respondents*