CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on January 3, 2006, I caused to be served via e-mail true and correct copies of the Petitioners' Motion for Immediate Issuance of a Writ of Habeas Corpus or an Order to Show Cause, a Memorandum and Declaration in support thereof, and a proposed form of order granting the motion, on counsel of record for Respondents as follows:

    Preeya M. Noronha
    Preeya.Noronha@usdoj.gov
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7226
    Washington, D.C. 20530
    Tel: 202.514.3338

    Terry M. Henry
    Terry.Henry@usdoj.gov
    Senior Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530

    Andrew I. Warden
    Andrew.Warden@usdoj.gov
    Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530

                                        /s/ Rebecca P. Dick
                                        Rebecca P. Dick