IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>   Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>   Respondents/Defendants. )<br>_____ ) | Case No. 1:05-CV-02367 (RWR) |

UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER

Petitioners respectfully move the Court to enter in this case the following orders entered in the *In re Guantanamo Bay Detainee Cases* by then-Coordinating Judge Joyce Hens Green:

(1) the November 8, 2004, Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo, Cuba, 344 F. Supp. 2d 174 (D.D.C. 2004) (the "Protective Order"), Ex. 1;

(2) the November 10, 2004, Order Addressing Designation Procedures for "Protected Information;" Ex. 2, and

(3) the December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004, Amended Protective Order. Ex. 3.

Entry of a Protective Order encompassing these three earlier orders would allow undersigned counsel to send legal mail to Petitioners and to visit them at Guantanamo Bay Naval Station, upon compliance with the terms and procedures outlined in the Protective Order.

The proposed Protective Order is forward-looking, and it is difficult to predict exactly what its consequences for this litigation would be. Thus, Petitioners reserve the right to move for reconsideration of individual terms of the Protective Order, in the event that becomes appropriate. Similarly, Respondents reserve the right to challenge as appropriate any particular terms of the proposed Protective Order.

Pursuant to Local Civil Rule 7(m), counsel for the Petitioners conferred with Respondents' counsel regarding the relief sought in this motion. Subject to a reservation of Respondents' right to challenge any particular terms of the Protective Order in the future as appropriate, Respondents' counsel does not oppose this motion.

Dated: January 3, 2006

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: _____
Rebecca P. Dick
D.C. Bar No. 463197
R. Michael Smith
D.C. Bar No. 372654
1775 Eye St., N.W.
Washington, D.C. 20006
202.261.3300

Daniel C. Malone
30 Rockefeller Plaza
New York, New York 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000