# CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on _January 3, 2006_, I caused to be served via e-mail true and correct copies of Petitioners' Unopposed Motion for Entry of a Protective Order adopting three procedural orders entered in *In re Guantanamo Bay Detainee Cases*, and a proposed form of Order granting the motion, on counsel of record for Respondents as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
Tel: 202.514.3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Rebecca P. Dick