IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>) | No. 05-02367 (RWR)<br><br>ORAL ARGUMENT REQUESTED |

**PETITIONERS' MOTION FOR A PRELIMINARY INJUNCTION DIRECTING RESPONDENTS TO PROVIDE THE COURT AND PETITIONERS' COUNSEL WITH THIRTY DAYS' ADVANCE NOTICE OF ANY PETITIONER'S REMOVAL FROM GUANTANAMO FOR A PURPOSE OTHER THAN RELEASE**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, LCvR 65.1, and the All Writs Act, 28 U.S.C. § 1651(a), Petitioners Abdullah Wazir Zadran, through his next friend Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend Gul Hyat Khan; Abdullah Mujahid Haq, by his next friend Farid Ahmed; Mohammad Rahim, through his next friend Mohammad Karim; Mohammad Zahir, through his next friend Abdul Wahab; Ghulam Roohani, through his next friend Ghulam Jeelani; Dr. Hiyatullah, through his next friend Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend Honorgol Khialigol, respectfully submit this motion requesting that the Court enter an order preliminarily enjoining Respondents from removing any Petitioner from the Guantanamo Bay Naval Base for any purpose other than release, unless the Court and counsel for Petitioners receive thirty (30) days' advance notice of such removal. In support of their motion, Petitioners through their next friends submit the accompanying memorandum of points and authorities.

Pursuant to LCvR 7(m), on December 28, 2005, counsel for Petitioners conferred by telephone with counsel for Respondents regarding the relief requested in this motion and was informed that Respondents would not agree to provide the requested advance notice of any non-release transfer.

WHEREFORE, Petitioners respectfully request that the Court enter an order preliminarily enjoining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of the Court's order by personal service or otherwise, from removing any Petitioner from the Guantanamo Bay Naval Base for any purpose other than release, unless the Court and counsel for Petitioners receive thirty (30) days' advance notice of such removal.

Dated: January 4, 2006

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: /s/ Rebecca P. Dick
Rebecca P. Dick
D.C. Bar No. 463197
R. Michael Smith
D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

Daniel C. Malone
30 Rockefeller Center
New York, New York 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103-2793
215.994.4000