IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | : |
| *Petitioners/Plaintiffs*, | : Case No. 1:05-CV-01124 (RMC) |
| v. | : |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants*. | : |

DECLARATION OF REBECCA P. DICK IN SUPPORT OF PETITIONERS'
MOTION FOR PRELIMINARY INJUNCTION DIRECTING RESPONDENTS
TO PROVIDE THE COURT AND PETITIONERS' COUNSEL WITH THIRTY
DAYS' ADVANCE NOTICE OF ANY PETITIONER'S REMOVAL FROM
<u>GUANTANAMO FOR A PURPOSE OTHER THAN RELEASE</u>

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1.    I am an attorney at the law firm of Dechert LLP, 1775 I Street, N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. Dechert LLP represents Petitioners Abdullah Wazir Zadran, through his next friend Zahir Shah; Abdul Haq, through his next friend, Abdul Barri; Mohammad Wabi Umari, through his next friend Gul Hyat Khan; Abdullah Mujahid Haq, by his next friend Farid Ahmed; Mohammad Rahim, through his next friend Mohammad Karim; Mohammad Zahir, through his next friend Abdul Wahab; Ghulam Roohani, through his next friend Ghulam Jeelani; Dr. Hiyatullah, through his next friend Dr. Abdul Zahir; and Chaman Gul Khialigol, through his next friend Honorgol Khialigol, in the above-captioned action. I make this declaration in support of Petitioners' Motion for Preliminary Injunction Directing Respondents to Provide the Court and

Petitioners' Counsel with Thirty Days' Advance Notice of Any Petitioner's Removal from Guantanamo for A Purpose Other Than Release.

2. On December 28, 2005, counsel for Petitioners contacted counsel for Respondents by telephone to seek assurances that Respondents would provide thirty days' advance notice to the Court and counsel of any intended transfer of Petitioners from Guantanamo for purposes other than release. Respondents refused to provide any such assurances and indicated that they will oppose any motion seeking such relief.

3. Attached hereto as Exhibit A is a true and correct copy of an article written by Douglas Jehl and published in *The New York Times* on March 11, 2005, entitled "Pentagon Seeks to Transfer More Detainees from Base in Cuba."

4. Attached hereto as Exhibit B is a true and correct copy of an April 26, 2005 News Release from the U.S. Department of Defense.

5. Attached hereto as Exhibit C is a true and correct copy of an article written by Josh White and Robin Wright and published in The Washington Post on August 5, 2005, entitled, "Afghanistan Agrees to Accept Detainees."

6. Attached hereto as Exhibit D is a true and correct copy of an article written by Dana Priest and published in *The Washington Post* on January 2, 2005, entitled "Long-Term Plan Sought for Terror Suspects."

7. Attached hereto as Exhibit E is a true and correct copy of an article written by Douglas Jehl and published in *The New York Times* on March 12, 2005, entitled "Army Details Scale of Abuse in Afghan Jail."

8. Attached hereto as Exhibit F is a true and correct copy of an article written by Tim Golden and published in *The New York Times* on May 20, 2005, entitled "In U.S. Report, Brutal Details of 2 Afghan Inmates' Deaths."

9. Attached hereto as Exhibit G is a true and correct copy of an article written by Carlotta Gall and published in *The New York Times* on May 12, 2005, entitled "Afghan Gives Own Account of U.S. Abuse."

10. Attached hereto as Exhibit H are true and correct copies of an Order dated Mar. 29, 2004, in *Abdah v. Bush*, No. 04-1254 (HHK), 2005 WL 711814; an Order dated Mar. 12, 2005, in *Abdah v. Bush*, No. 04-1254 (HHK) (RMC), 2005 WL 589812; an Order dated Apr. 28, 2005, in *Al-Adahi v. Bush*, No. 05-280 (GK); an Order dated Apr. 21, 2005, in *Al-Anazi v. Bush*, No. 05-345 (JDB), 2005 WL 1119602; an Order dated June 9, 2005, in *Alhami v. Bush*, No. 05-359 (GK); an Order dated Apr. 4, 2005 in *Al-Joudi v. Bush*, No. 05-301 (GK), 2005 WL 774847; an Order dated Apr. 4, 2005 in *Al-Marri v. Bush*, No. 04-2035 (GK), 2005 WL 774843; an Order dated Mar. 30, 2005, in *Al-Mohammed v. Bush*, No. 05-247 (HHK); an Order dated Apr. 13, 2005, in *Almurbati v. Bush*, No. 04-1227 (RBW); and an Order dated May 9, 2005, in *Anam v. Bush*, No. 04-1194 (HHK).

11. Attached hereto as Exhibit I are true and correct copies of an Order dated June 6, 2005, in *Adem v. Bush*, No. 05-723 (RWR); an Order dated June 6, 2005, in *Al Daini v. Bush*, No. 05-634 (RWR); an Order dated June 3, 2005, in *Al-Hela v. Bush*, No. 05-1048 (RMU); an Order dated Mar. 31, 2005, in *Al-Oshan v. Bush*, No. 05-520 (RMU) (requiring 30-days' notice prior to transfer); an Order dated Apr. 8, 2005, in *Al Rashaidan v. Bush*, No. 05-586 (RWR); an Order dated May 11, 2005, in *Al Shamri v. Bush*, No. 05-551 (RWR); an Order dated

April. 1, 2005, in *Al-Shiry v. Bush*, No. 05-490 (PLF), 2005 WL 1384680; an Order dated Apr. 1, 2005, in *Al-Wazan v. Bush*, No. 05-329 (PLF); an Order dated Apr. 12, 2005; a joint Order dated Apr. 8, 2005, in *El Banna v. Bush*, No. 04-1144 (RWR), *Abdullah v. Bush*, No. 05-23 (RWR), and *Al Rashaidan v. Bush*, No. 05-586 (RWR); a joint Order dated Apr. 12, 2005, in *Kurnaz v. Bush*, No. 04-1135 (ESH) and *Ameziane v. Bush*, No. 05-392 (ESH), 2005 WL 839542; an Order dated June 16, 2005, in *Mokit v. Bush*, No. 05-621 (PLF); an Order dated Apr. 6, 2005, in *Qayed v. Bush*, No. 05-454 (RMU); and an Order dated Apr. 6, 2005, in *Tumani v. Bush*, No. 05-526 (RMU).

12. Attached hereto as Exhibit J are true and correct copies of an Order dated Apr. 20, 2005, in *Aziz v. Bush*, No. 05-492 (JR); an Order dated Apr. 7, 2005, in *El-Mashad v. Bush*, No. 05-270 (JR); an Order dated Apr. 13, 2005, in *Quassim v. Bush*, No. 05-497 (JR); and an Order dated Apr. 15, 2005, in *Salahi v. Bush*, No. 05-569 (JR).

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on January 4, 2006.

_____
REBECCA P. DICK

4