Exhibit G

5 of 5 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

May 12, 2004 Wednesday
Late Edition - Final

**SECTION:** Section A; Column 4; Foreign Desk; Pg. 1

**LENGTH:** 2342 words

**HEADLINE:** Afghan Gives Own Account Of U.S. Abuse

**BYLINE:** By CARLOTTA GALL; Abdul Waheed Wafa contributed reporting from Afghanistan for this article.

**DATELINE:** KABUL, Afghanistan, Wednesday, May 12

**BODY:**

A former Afghan police colonel gave a graphic account in an interview this week of being subjected to beating, kicking, sleep deprivation, taunts and sexual abuse during about 40 days he spent in American custody in Afghanistan last summer. He also said he had been repeatedly photographed, often while naked.

"I swear to God, those photos shown on television of the prison in Iraq -- those things happened to me as well," the former officer, Sayed Nabi Siddiqui, 47, said in the interview on Sunday at his home in the village of Sheikho, on the edge of the eastern town of Gardez.

His account could not be independently verified, but members of the Afghan Independent Human Rights Commission accompanied a reporter during the interview and said his story matched the one given to them last fall, shortly after his release and long before the abuse at the Abu Ghraib near Baghdad came to light.

The commission, which was set up by the transitional government of President Hamid Karzai in 2002 and receives money from the United States Congress and other foreign donors, has in recent months received 44 complaints against various actions by American forces.

Those include several on the abuse of detainees who have alleged rough and degrading treatment, including being stripped naked and doused with cold water, even before the pictures of prisoner abuse emerged in Iraq. Afghan military and police officials say they have heard similar stories from detainees and their families.

After queries to the Pentagon about Mr. Siddiqui's case, the United States Embassy in Kabul issued a statement early Wednesday, saying, "The U.S. military has launched an immediate investigation."

It quoted the American ambassador in Kabul, Zalmay Khalilzad, as saying, "To the best of our knowledge this is the first time anyone in the military chain of command or the United States Embassy has heard of this alleged mistreatment."

But a member of the human rights commission said members had mentioned details of Mr. Siddiqui's case, apparently the first complaint of sexual abuse from a detainee in Afghanistan, to American military officials here last year.

Mr. Siddiqui says that he was wrongly detained on July 15 after he reported police corruption and that someone then accused him of being a member of the Taliban.

The New York Times May 12, 2004 Wednesday

He showed a Defense Department letter detailing his stay, as detainee BT676, in a jail at the Bagram air base outside Kabul from Aug. 13 to 20, 2003, and his release after it was decided that he posed "no threat to the U.S. Armed Forces or its interest in Afghanistan."

Mr. Siddiqui said he had also been held for 22 days at the American firebase at Gardez, where United States infantry and Special Forces are based, and where he said the worst abuses occurred. He then spent 12 days at the Kandahar air base in southern Afghanistan, and finally about a week in Bagram, he said.

He described being humiliated repeatedly during his detention in all three places.

"They were taunting me and laughing and asking very rude questions, like which animal did I like having sex with, and which animal do you want us to bring in for you to have sex with," he said of his time in Gardez.

"They were mimicking the sounds of a sheep, a cow and a donkey," he said, "and asking which one I would like to have sex with. They kept insisting, and they were kicking me so much that eventually I said a cow."

"And they made insults about our women," he added. He said the American interrogator, through a translator, had taunted him, asking: "Do you know that your wife and daughter are prostitutes now?"

"The Americans were asking this and the translators were translating, and they were all laughing," he said. "And I was in my full police uniform with insignia showing my rank."

More than once, he said, soldiers inserted their fingers into his anus. He said one had touched his penis and asked, "Why is this unhappy?"

"There was a translator there," Mr. Siddiqui went on, "and I said, 'Maybe because I am away from home.'"

"Every time, they were laughing and putting their fingers in my anus and throwing different colors of beams of light in my eyes, and they were putting their feet on my neck," he said.

Lt. Gen. David Barno, the commander of United States forces in Afghanistan since last October, said in an interview on Tuesday that he had not heard of the allegations but that "I take those accounts very seriously."

"There is some potentially criminal behavior in there," he said.

The main detention center is at the Bagram air base. It is not clear who was in charge of the detainees at the remote bases when Mr. Siddiqui was in custody. The United States infantry and Special Forces have used the Gardez firebase, but General Barno said the officials responsible in Gardez at that time could have been "other than military," a term often used here to refer to the C.I.A.

He also acknowledged that there had been "challenges or problems" in some of the more remote bases and that since he had taken over command there had been about seven investigations into abuse of detainees.

"One of those had some substance to it," he said, without elaborating. "We continue to assess the facts and take corrective action."

Mr. Siddiqui was not interviewed during his detention by the International Committee of the Red Cross, whose officials visit Bagram every two weeks but do not visit the remote bases.

But Rafiullah Bedar, head of the Gardez office of the human rights commission, and other members of his office said they knew Mr. Siddiqui as a reputable man and believed his story.

Mohammad Farid Hamidi, one of the commission's board members, said in an interview on Tuesday that members of his group had at least two meetings late last year with United States military officials here and raised a number of complaints about treatment of detainees and civilians, including Mr. Siddiqui's case.

He said that middle-level military officials had been at the meeting but that he did not know who they were.

Requests for the United States military to appoint a liaison officer to deal with human rights issues have not been answered, Mr. Hamidi said. The commission has also requested access to Bagram and other bases, he said.

But General Barno ruled that out on Tuesday, saying the Red Cross served as an effective "outside set of eyes" that represented the interests of the detainees.

The New York Times May 12, 2004 Wednesday

Former prisoners have complained of harsh interrogation techniques and rough, sometimes humiliating treatment at the hands of their American guards and interrogators since the United States went to war in Afghanistan in October 2001.

In the aftermath of the Sept. 11, 2001, attacks in the United States and during the prelude to the American invasion of Iraq, those complaints did not receive high priority here, even from the Afghan government, which continues to face a violent insurgency in parts of the country.

The complaints peaked around December 2002, when two men died in custody within a week of each other at Bagram. More than a year later, results of an investigation of those deaths by the Army's Criminal Investigation Department have not been disclosed.

Since those deaths, General Barno said, there were "a number of very significant changes made" at Bagram and no complaints of detainee abuse.

United Nations and other foreign officials in Kabul concur that they have not received fresh reports of severe physical abuse at Bagram. But complaints of general ill treatment of prisoners there and elsewhere in Afghanistan continue to emerge.

Ahmad Shah Mirdad, head of monitoring and the investigation unit of the human rights commission, said 11 of the 44 complaints the group had received were about United States bombing of civilians and 33 complaints were of beatings, detention of innocent people, damage to houses, injuries and disrespect of Afghan cultural and religious customs during raids.

Families have also complained that they still have no news of at least six people in American detention three to four months after their arrest.

Mr. Siddiqui said he was stripped naked and photographed in each of the three places he was held. Sometimes, as in Bagram, it appeared to be part of a detailed identification procedure.

There he was photographed full length, naked, from the front, back and two sides, he said. Something was inserted into his rectum during that procedure, he said, but he does not know what it was or why it was done. "I was feeling very bad," he said.

General Barno said that this may have been to search for hidden items, but that the practice of strip searches and fully naked identification photographs was being reviewed and changed. "We're concerned as well about the cultural impact of doing that," he said.

Mr. Siddiqui said that on his arrival in Kandahar, three or four detainees were taken to a room at a time and stripped.

"We were lying on our stomachs, and they put chains on our hands and feet and they were kicking us," he said. "And then they took photos of us, although we were naked." At that point he said he was not hooded or blindfolded.

"There was an old man of 70 or 80," he added. "They stripped him naked. He was so ashamed, he said, 'It would be better if I kill myself.'"

General Barno said that he would not allow such methods to soften up detainees before interrogation, and that photographs would be justified only for identification purposes.

"Some of that is absolutely unacceptable and criminal as well," he said of Mr. Siddiqui's account. "Those things that you describe would not be appropriate techniques."

For the 12 days that he was in Kandahar, Mr. Siddiqui said, the detainees were kept in wire cages, 20 to 30 in a cage, given very little food and water and made to use a bucket for a toilet in front of the other detainees.

American soldiers would throw stones and bottles at the detainees in the cages, he said. "It was like stoning monkeys at the zoo," he said. "They brought buckets of stones and were laughing as they did it."

Mr. Mirdad of the Afghan human rights commission said another man, whose name he did not divulge, had told the commission that he had been detained for six days in the eastern border province of Khost and complained of beating, sleep deprivation and having water poured on him.

The New York Times May 12, 2004 Wednesday

Two United States military bases, Camp Salerno and Camp Chapman, are in Khost, where the Taliban insurgency remains strong.

Afghan officials, including Khan Mohammad, the chief Afghan military commander in southern Afghanistan, say they had received similar complaints from former detainees.

His deputy corps commander, Haji Granai, said a group of people from Helmand Province had recently complained about their detention at the Kandahar air base. "They stripped them and they beat them," he said.

"We told the Americans they should not do this, that we are Muslims and this is shameful for us," Mr. Granai said in a telephone interview last week from his base in Kandahar. "For the Americans, they don't care about being made naked, but Afghans do. The officers wrote it down and said they would tell their superiors."

The chief military public affairs officer in Afghanistan, Lt. Col. Matthew Beevers, said he was hesitant to respond to such allegations.

"We treat these folks very humanely," he said in an interview. "They get three meals a day, food is appropriate to their cultural dietary requirements, they get exercise, and probably the best medical care in the country, and they are allowed freely to practice their religion."

"They are not stripped naked in Bagram," he added. "They wear clothes."

Haji Abdul Rahman, from the same village as Mr. Siddiqui, was released on Friday from Bagram after nearly five months of detention. He said he had not been mistreated but complained bitterly about the circumstances of his arrest, during a nighttime raid, when he said his home had been damaged and money stolen.

The Americans took his family documents and have not returned them, he said. His complaints are similar to dozens of others in the Gardez area, the human rights commission says.

Hundreds of Afghans suspected of belonging to the Taliban, Al Qaeda and other insurgent groups are still being detained in Afghanistan. Last week there were 298 people held at the main detention center in Bagram alone, Colonel Beevers said.

American forces hold detainees and conduct interrogations in 8 to 10 other sites around the country, where people are kept for days or even weeks before being released or transferred to Bagram. General Barno said he was refining procedures to shorten the length of time detainees are kept in remote facilities.

People have also been detained for months at a time in the C.I.A. building in the Ariana Hotel in central Kabul, according to a former detainee, and also interrogated at a compound in the city of Kandahar that used to belong to the Taliban leader, Mullah Muhammad Omar.

Red Cross officials say that they cannot discuss the detention center at Bagram, but that they deliver a report to the detention authorities at the end of each visit and follow it up with a written report to the United States military superiors.

Two men died in Bagram in December 2002, and American pathologists classified those deaths as homicides "caused by blunt force injuries to the lower extremities." A third man died while being interrogated in June 2003 at a United States Special Forces firebase in the eastern province of Kunar.

In a letter to the national security adviser, Condoleezza Rice, on May 3, Human Rights Watch asked for the release of the results of the investigation of the Bagram deaths and said it had received reports "that criminal prosecutions have been foregone in lieu of quiet disciplinary action" in the case.

The United States military here refuses to comment on the investigation, saying it is continuing.

**URL:** http://www.nytimes.com

**GRAPHIC:** Photos: Sayed Nabi Siddiqui, at his home in the village of Sheikho, describing mistreatment he suffered while in United States custody for 40 days last year.

The New York Times May 12, 2004 Wednesday

Haji Abdul Rahman, shortly after his release from five months in detention. (Photographs by Carlotta Gall/The New York Times)(pg. A6)Map of Afghanistan highlighting the location of Bagram air base: Complaints at the Bagram air base detention center peaked in late 2002. (pg. A6)

**LOAD-DATE:** May 12, 2004