# Exhibit J

Collecting in Alphabetical Order
Orders Restricting Transfer Pending
Resolution of Certain Appeals

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHAMED ABDUL AZIZ, *et al.*,           :
                                        :
      Petitioners,                    :
                                        :
v.                                      :  Civil Action No. 05-0492 (JR)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
      Respondents.                    :

### ORDER

The unopposed motion that Clive Stafford Smith, Esq., be granted leave to appear *pro hac vice* [15] is **granted only upon condition** that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Petitioners' motion for an order to show cause [7] is **granted**. Respondents' motion for a stay [3] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until

further order of the Court.  Petitioners' motion for preliminary injunction [1] is **denied**.


                                        JAMES ROBERTSON
                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERIF el-MASHAD, *et al.*,          :
                                      :
    Petitioners,                     :
                                      :
v.                                    : Civil Action No. 05-0270 (JR)
                                      :
GEORGE W. BUSH, *et al.*,            :
                                      :
    Respondents.                     :

## ORDER

Petitioners' motion for a preliminary injunction [3] is **denied**. Petitioners' motion for an order to show cause [17] is **granted**. Respondents' motion for a stay [16] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. **IT IS SO ORDERED.**

                                                  JAMES ROBERTSON
                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU BAKKER QUASSIM, et al.,            :
                                       :
          Petitioners,                 :
                                       :
     v.                                : Civil Action No. 05-0497 (JR)
                                       :
GEORGE W. BUSH, et al.,                :
                                       :
          Respondents.                 :

ORDER

Respondents' motion for a stay [2] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. Petitioners' motions for a preliminary injunction [4] and for a hearing on that motion [13] are **denied**; their motion for leave to file surreply [9] is **granted**; and their motion for protective order [5] is **in abeyance**. The status conference set for May 16, 2005 at 11:30 a.m. has been taken off the calendar.
**IT IS SO ORDERED.**

JAMES ROBERTSON
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMEDOU OULD SALAHI,   :
                          :
    Plaintiff,            :
                          :
v.                        :   Civil Action No. 05-0569 (JR)
                          :
GEORGE W. BUSH, *et al.*, :
                          :
    Defendants.           :

### ORDER

Respondents' motion for a stay [4] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted <u>in personam</u> jurisdiction, see <u>Rasul v. Bush</u>, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. Petitioners' motion for an order requiring 30 days advance notice of their intended removal [3] is accordingly unnecessary and is **denied. IT IS SO ORDERED.**


                              JAMES ROBERTSON
                        United States District Judge