IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD WAZIR ZADRAN, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | No. 05-2367 (RWR) |

ORDER

Upon consideration of Petitioners' Motion for Preliminary Injunction Directing Respondents to Provide the Court and Petitioners' Counsel with Thirty Days' Advance Notice of Any Intended Transfer from Guantanamo for Purposes Other Than Release, the memorandum of points and authorities in support thereof, and any response thereto, it is hereby

ORDERED that the motion is granted. It is further

ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of the Court's Order by personal service or otherwise, shall not remove Petitioners from the Guantanamo Bay Naval Base for any purpose other than release, unless the Court and counsel for Petitioners receive thirty (30) days' advance notice of such removal.

SO ORDERED.

Date: _____

_____
RICHARD W. ROBERTS
United States District Judge

Attorneys to be noticed:

Rebecca P. Dick
D.C. Bar No. 463197
Rebecca.Dick@dechert.com
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Peter. M. Ryan
Peter.Ryan@Dechert.com
DECHERT LLP

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338