# CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on ___January 4, 2006___, I caused to be served via email true and correct copies of (1) the foregoing Motion for Preliminary Injunction Directing Respondents to Provide the Court and Petitioners' Counsel with Thirty Days' Advance Notice of Any Petitioner's Removal from Guantanamo for A Purpose Other Than Release; (2) the accompanying Memorandum of Points and Authorities in support thereof; and (3) the Declaration of Rebecca P. Dick in support thereof, on the following counsel of record for Respondents:

    Preeya M. Noronha
    Preeya.Noronha@usdoj.gov
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7226
    Washington, D.C. 20530
    (202) 514-3338

_____
Rebecca P. Dick