IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2010 (JR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |
| JABBAROW OYBEK JAMOLIVICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2112 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |
| NAIF ABDULLA AL NAKHEELAN, *et al.,*) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2201 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |

|  |  |  |
|---|---|---|
| MOHAMMED AL AMIN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2336 (PLF) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| GHASSAN ABDULLAH AL | ) | |
| SHARBI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2348 (EGS) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| AHMED BEN BACHA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2349 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

- 2 -

ABDULLAH WAZIR ZADRAN, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH,
    President of the United States,
    *et al.,*

        Respondents.

Civil Action No. 05-CV-2367 (RWR)

ABDULLAH ALI SALEH GERAB
    ALSAAEI, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH,
    President of the United States,
    *et al.,*

        Respondents.

Civil Action No. 05-CV-2369 (RWR)

ABDUR RAZAKAH, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH,
    President of the United States,
    *et al.,*

        Respondents.

Civil Action No. 05-CV-2370 (EGS)

AHMED AL DARBY, *et al.,*        )
)
     Petitioners,         )
)
     v.                )     Civil Action No. 05-CV-2371 (RCL)
)
GEORGE W. BUSH,        )
    President of the United States, )
    *et al.,*             )
)
     Respondents.        )

ABDUL HALEEM, *et al.,*     )
)
     Petitioners,         )
)
     v.                )     Civil Action No. 05-CV-2376 (RBW)
)
GEORGE W. BUSH,        )
    President of the United States, )
    *et al.,*             )
)
     Respondents.        )

ABDUL HAMID ABDUL SALAM )
    AL-GHIZZAWI, *et al.,*    )
)
     Petitioners,         )
)
     v.                )     Civil Action No. 05-CV-2378 (JDB)
)
GEORGE W. BUSH,        )
    President of the United States, )
    *et al.,*             )
)
     Respondents.        )

|  |  |  |
|---|---|---|
| ADHAM MOHAMMED ALI<br>    AWAD, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-2379 (JR) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) | |
| Respondents. | ) | |
| ZAKARIA AL-BAIDANY, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-2380 (CKK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) | |
| Respondents. | ) | |
| ISMAIL ALI AL RAMMI, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-2381 (JDB) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) | |
| Respondents. | ) | |

|  |  |
|---|---|
| SALIM SAID, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-2384 (RWR) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| JOBRAN SAAD AL-QUHTANI, *et al.,* | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-2387 (RMC) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
|  | ) |
| Respondents. | ) |

THABID, *et al.*,                                  )
                                                   )
                        Petitioners,               )
                                                   )
            v.                                      )        Civil Action No. 05-CV-2398 (ESH)
                                                   )
GEORGE W. BUSH,                                     )
        President of the United States,            )
        *et al.,*                                   )
                                                   )
                        Respondents.                )
                                                   )

ALKHADR ABDULLAH AL YAFIE, *et al.*,)
                                                   )
                        Petitioners,               )
                                                   )
            v.                                      )        Civil Action No. 05-CV-2399 (RJL)
                                                   )
GEORGE W. BUSH,                                     )
        President of the United States,            )
        *et al.,*                                   )
                                                   )
                        Respondents.                )

MOHAMMAD RIMI, *et al.*,                            )
                                                   )
                        Petitioners,               )
                                                   )
            v.                                      )        Civil Action No. 05-CV-2427 (RJL)
                                                   )
GEORGE W. BUSH,                                     )
        President of the United States,            )
        *et al.,*                                   )
                                                   )
                        Respondents.                )

- 7 -

TALAH AHMED MOHAMMED          )
    ALI ALMJRD, *et al.*,          )
                      )
        Petitioners,          )
                      )
    v.          )     Civil Action No. 05-CV-2444 (RMC)
                      )
GEORGE W. BUSH,          )
    President of the United States,          )
    *et al.,*          )
                      )
        Respondents.          )

SALEH ALI ABDULLAH AL          )
    SALAMI, *et al.*,          )
                      )
        Petitioners,          )
                      )
    v.          )     Civil Action No. 05-CV-2452 (PLF)
                      )
GEORGE W. BUSH,          )
    President of the United States,          )
    *et al.,*          )
                      )
        Respondents.          )

FAHD UMAR ABDULMAJID AL          )
    SHAREEF, *et al.*,          )
                      )
        Petitioners,          )
                      )
    v.          )     Civil Action No. 05-CV-2458 (RWR)
                      )
GEORGE W. BUSH,          )
    President of the United States,          )
    *et al.,*          )
                      )
        Respondents.          )

|  |  |
|---|---|
| ANWAR KHAN, *et al.*, | ) |
|  | ) |
|      Petitioners, | ) |
|  | ) |
|      v. | )    Civil Action No. 05-CV-2466 (RCL) |
|  | ) |
| GEORGE W. BUSH, | ) |
|    President of the United States, | ) |
|    *et al.,* | ) |
|  | ) |
|      Respondents. | ) |

|  |  |
|---|---|
| MUBARK HUSSEIN, *et al.*, | ) |
|  | ) |
|      Petitioners, | ) |
|  | ) |
|      v. | )    Civil Action No. 05-CV-2467 (PLF) |
|  | ) |
| GEORGE W. BUSH, | ) |
|    President of the United States, | ) |
|    *et al.,* | ) |
|  | ) |
|      Respondents. | ) |

|  |  |
|---|---|
| AHMED AL-DELEBANY, *et al.*, | ) |
|  | ) |
|      Petitioners, | ) |
|  | ) |
|      v. | )    Civil Action No. 05-CV-2477 (RMU) |
|  | ) |
| GEORGE W. BUSH, | ) |
|    President of the United States, | ) |
|    *et al.,* | ) |
|  | ) |
|      Respondents. | ) |

|  |  |
|---|---|
| GHANIM-ABDULRAHMAN<br>    AL-HARBI, *et al.*,<br><br>        Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-CV-2479 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ATTORNEY APPEARANCE</u>

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: January 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE

- 10 -

MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents