*PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLAH WAZIR ZADRAN, et al.,** | : |
| *Petitioners/Plaintiffs,* | : Case No. 05-CV-2367 (RWR) |
| v. | : |
| **GEORGE W. BUSH, et al.,** | : |
| *Respondents/Defendants.* | : |

## ORDER

Upon consideration of Respondents' Motion to Stay Proceedings, Petitioners" Memorandum of Points and Authorities in Opposition to Respondents' Motion to Stay Proceedings in opposition thereto, and any reply brief, it is hereby

**ORDERED** that Respondents' motion is **DENIED**.

**SO ORDERED** this _____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge

- 2 -

<u>Attorneys to be noticed:</u>

Rebecca Dick
D.C. Bar No. 463197
Rebecca.Dick@dechert.com
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Peter M. Ryan
Peter.Ryan@Dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000

*Counsel for Petitioners*

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

*Counsel for Respondents*