IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| | : |
| *Petitioners/Plaintiffs*, | : Case No. 05-CV-2367 (RWR) |
| | : |
| v. | : |
| | : |
| GEORGE W. BUSH, *et al.*, | : |
| | : |
| *Respondents/Defendants*. | : |

## NOTICE OF FILING

Petitioners in the above-captioned matter hereby notify the Court that on January 26, 2006, counsel for Petitioners submitted via Fedex overnight delivery an original and two true and correct copies of (1) Reply Brief in Support of Petitioners' Motion for Preliminary Injunction Directing Respondents to Provide the Court and Petitioners' Counsel with Thirty Days' Advance Notice of Any Intended Transfer from Guantanamo for a Purpose Other Than Release to the Court Security Officer for review and filing under seal.

Dated:  January 26, 2006

Respectfully submitted,
DECHERT LLP
*Counsel for Petitioners*

By: _____
Rebecca Dick, D.C. Bar No. 463197
R. Michael Smith, D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

## **CERTIFICATE OF SERVICE**

I, Peter M. Ryan, hereby certify that on January 26, 2006, I caused to be served via email a true and correct copy of the foregoing Notice of Filing on the following counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Peter M. Ryan