IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants.* | : |

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Carolyn M. Welshhans, hereby (1) enters her appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia and is providing representation to petitioners without compensation.

Dated: June 9, 2006

/s/ Carolyn M. Welshhans
Carolyn M. Welshhans
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3396
Fax: (202) 261-3333

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

   I, Rebecca P. Dick, hereby certify that on June 9, 2006, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

/s/ Rebecca P. Dick
———————————————
Rebecca P. Dick