IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : | |
| : | |
| *Petitioner/Plaintiffs*, : | |
| : | Case No. 1:05-CV-2367 (RWR) |
| v. : | |
| : | |
| GEORGE W. BUSH, *et al.* : | |
| : | |
| *Respondents/Defendants.* : | |

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the Unites States District Court for the District of Columbia in the case captioned *Zadran, et al. v. Bush, et al.*, No. 05-CV-2367 (RWR), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: June 8, 2006

Tariq, Arsalayee *(Digitally signed by Tariq, Arsalayee, DN: CN = Tariq, Arsalayee, C = US, O = Home. Reason: I agree to the terms defined by the placement of my signature on this document. Date: 2006.06.08 12:11:39 -04'00')*

Tariq Arsalayee
5311 Waldo Drive
Alexandria, VA 22315

*Translator for Petitioners*