IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULLAH WAZIR ZADRAN, *et al.*,

    *Petitioner/Plaintiffs,*

v.

GEORGE W. BUSH, *et al.*

    *Respondents/Defendants.*

Case No. 1:05-CV-2367 (RWR)

## ORDER

The motion to reinstate Tooran Mohammad Amanullah as a Petitioner in this action is hereby granted, and Tooran Mohammad Amannullah is hereby so reinstated.

Dated:_____, 2006

_____
Judge Richard W. Roberts