## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on June 28, 2006, I caused to be served via e-mail

a true and correct copy of the foregoing Motion for Reinstatement of Tooran Mohammad

Amannullah and Declaration in Support thereof, along with a form of order, on counsel of record

for Respondents as follows:

> Preeya M. Noronha
> Preeya.Noronha@usdoj.gov
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7226
> Washington, D.C.  20530
> (202) 514-3338
>
> Terry M. Henry
> Terry .Henry@usdoj.gov
> Senior Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C.  20530
>
> Andrew I. Warden
> Andrew.Warden@usdoj.gov
> Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C.  20530

Rebecca P. Dick