IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., : <br> : <br> *Petitioners/Plaintiffs*, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, et al., : <br> : <br> *Respondents/Defendants*. : | Case No. 1:05-CV-2367 (RWR) |

Declaration of Rebecca P. Dick
In Support of Reply Brief in Support of
<u>Motion to Reinstate Tooran Amannullah</u>

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 Eye St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. Dechert LLP represents Tooran Mohammad Amannullah ("Mr. Amannullah"), named as a Petitioner in this action but later dismissed by counsel without prejudice based on Respondents' statement that they could not identify him and an erroneous report from Afghanistan that he had been released from detention at the Guantanamo Bay Naval Station ("Guantanamo"). I make this declaration in support of Mr. Amannullah's motion for reinstatement.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail message I sent on June 28, 2006, to counsel for Respondents. This message contained additional

identifying information about Mr. Amannullah. Respondents have not responded in any way to this message.

    3.    Attached hereto as Exhibit B is a true and correct copy of the Memorandum Order entered by this Court on July 5, 2006 in *Hamoud v. Bush*, Civil No. 05-1894 (RWR).

    4.    Attached hereto as Exhibit C is a true and correct copy of J. White, "Military Officials Cancel Guantanamo Visits by Lawyers and Journalists," Washington Post (June 15, 2006), stating that there are currently about 100 Afghan detainees at Guantanamo.

    5.    Attached hereto as Exhibit D is a true and correct copy of a news transcript from the Department of Defense entitled, Radio Interview with Secretary Rumsfeld and Fred Thompson, ABC News Radio: *Inside the Pentagon – A Conversation with Donald Rumsfeld – 4th of July Special* (July 4, 2006) at 2, *available at* http://www.defenselink.mil/transcripts/2006/tr20060704-13405.html, in which Secretary of Defense Rumsfeld states at p. 2, "[T]he people that are in . . . Guantanamo, are terrorists. . . . These people are dedicated terrorists who are determined to kill Americans and our friends and allies around the world. And, if we treat them on a law enforcement basis, it would mean that they would be tried, put in prison and then let loose. And they'd go right back to the battlefield and kill additional Americans."

    6.    Attached hereto as Exhibit E is a true and correct copy of a list of Guantanamo detainees and their ISN numbers released by the Department of Defense, *available at* http://www.defenselink.mil/news/May2006/d20060515%20List.pdf.

7. Attached hereto as Exhibit F is a true and correct copy of the Memorandum Order entered by this Court on May 23, 2006, in *Said v. Bush*, No. 05-2384 (RWR).

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on July 18, 2006.

                                                 _____
                                                 Rebecca P. Dick