## **CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on July 18, 2006, I caused to be served via e-mail a true and correct copy of the foregoing Reply Brief in Support of Motion for Reinstatement of Tooran Mohammad Amannullah and Declaration in Support thereof on counsel of record for Respondents as follows:

Preeya M. Noronha, Esq.
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry, Esq.
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden, Esq.
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_/s/ Rebecca P. Dick_
Rebecca P. Dick