IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2367 (RWR) |

**PROPOSED ORDER**

Upon consideration of respondents' Motion to Suspend Order Requiring Factual Return, it is hereby

ORDERED that respondents' obligation to submit a factual return pertaining to petitioner Chaman Gul Khialigol in this case is suspended pending resolution of the issue of multiple petitions filed by this petitioner.

IT IS SO ORDERED.


Dated: _____        _____
                                    RICHARD W. ROBERTS
                                    United States District Judge