IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>  )<br>    Petitioners, )<br>  )<br>  v. )<br>  )<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>  )<br>    Respondents. )<br>  ) | Civil Action No. 05-CV-2367 (RWR) |

### RESPONDENTS' NOTICE REGARDING FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER CHAMAN GUL KHIALIGOL OR, IN THE ALTERNATIVE, MOTION TO SUSPEND ORDER REQUIRING FACTUAL RETURN

Respondents hereby provide notice that the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Chaman Gul Khialigol (Detainee ISN 1021), which serves as a factual return to petitioner's petition for writ of habeas corpus, was previously filed and made available to counsel for petitioner in another case pending before this Court on behalf of this detainee. See Response to Order to Show Cause and Notice of Submission Under Seal in Chaman v. Bush, No. 05-CV-887 (RWR) (dkt. no. 8); Notice of Submission of Classified Versions of Respondents' Factual Return to Petition for Writ of Habeas Corpus by Petitioner Chaman in Chaman v. Bush, No. 05-CV-887 (RWR) (dkt. no. 35). Therefore, given that the factual return has already been submitted to the Court and made available to counsel for the detainee, respondents should not be required to submit the factual return a second time. Indeed, respondents previously provided notice that petitioner Chaman Gul Khialigol has another petition pending on his behalf as Chaman in Chaman v. Bush, No. 05-CV-

887 (RWR).  See Notice of Multiple Petitions Filed By Guantanamo Bay Detainee (dkt. no. 3). Consequently, petitioner Chaman Gul Khialigol should be dismissed from this case and his petition for writ of habeas corpus should proceed in the Chaman case previously filed on his behalf, as appropriate.

Counsel for respondents have consulted with counsel for petitioner Chaman Gul Khialigol in this case, who indicated that she does not object to suspending submission of the factual return pertaining to him at least through August 31, 2006, so that she may consult with counsel for petitioner Chaman in the previously-filed case in order to confirm that these petitioners are the same detainee.  Accordingly, the Court should suspend any obligation to submit a factual return pertaining to petitioner Chaman Gul Khialigol in this case pending resolution of the issue of multiple petitions filed by this petitioner.

Dated: August 18, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.

Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents