IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., | :<br>:<br>: |
| *Petitioners/Plaintiffs*, | :<br>: Case No. 1:05-CV-2367 (RWR) |
| v. | :<br>: |
| GEORGE W. BUSH, et al., | :<br>: |
| *Respondents/Defendants*. | :<br>:<br>: |

## MOTION TO DISMISS WITHOUT PREJUDICE PETITION OF CHAMAN GUL KHIALIGOL

Petitioner Chaman Gul Khialigol, through his next friend, Honorgol Khialigol, hereby moves the Court for dismissal without prejudice of his petition for a writ of habeas corpus and other claims in this case. On information and belief, Chaman Gul Khialigol is represented by other counsel in an earlier filed case, *Chaman v. Bush*, No. 05-cv-887 (RWR).

Pursuant to Local Civil Rule 7(m), counsel for the Petitioners conferred with Respondents' counsel regarding the relief sought in this motion. Respondents do not oppose the dismissal of Chaman Gul Khialigol, but do oppose his dismissal without prejudice.

Petitioners seek dismissal without prejudice because of the repeated problems in identifying Guantanamo detainees accurately. The similarity in detainees' names, the differences between American and Afghan naming conventions, the differences in the transliteration of Afghan names by different speakers of English, and the extremely restricted nature of the contacts that Respondents permit *habeas* counsel to have with their clients, combine to explain the recurring problems with mistaken identities. While it appears that the

detainee whose next friend is Honorgol Khialigol is detainee ISN 1021 and the petitioner in *Chaman v. Bush*, the lingering possibility of an error in identification, combined with the absence of any prejudice to the Respondents in a dismissal without prejudice, support dismissing this petitioner in a manner that would permit his later reinstatement should that become warranted. Any dispute between the parties as to the propriety of reinstatement could be argued if the issue arises.

A proposed form of order is attached.

Dated: August 29, 2006

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: /s/ Rebecca P. Dick
Rebecca P. Dick (D.C. Bar # 463197)
Carolyn M. Welshhans (D.C. Bar # 489120)
1775 Eye St., N.W.
Washington, D.C. 20006
Tel. 202-261-3300
Fax: 202-261-3333

Daniel C. Malone
30 Rockefeller Plaza
New York, New York 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215.994.4000
Fax: 215.994.2222

Attorneys for Petitioners