IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants.* | : |

ORDER

Petitioners' motion to dismiss without prejudice Petitioner Chaman Gul Khialigol is hereby granted, and Chaman Gul Khialigol is hereby dismissed as a Petitioner in this action without prejudice.

So ordered.

Dated _____, 2006

_____
Judge Richard W. Roberts