## CERTIFICATE OF SERVICE

      I, Rebecca P. Dick, hereby certify that on August 29, 2006, I caused to be served via e-mail true and correct copies of the foregoing Motion to Dismiss Without Prejudice Petitioner Chaman Gul Khialigol and accompanying form of order, as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

                                                 /s/ Rebecca P. Dick
                                                 Rebecca P. Dick