IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

**WITHDRAWAL WITHOUT PREJUDICE OF PETITIONERS' MOTION
TO REINSTATE PETITIONER TOORAN MOHAMMAD AMANNULLAH**

Based on Respondents' representation that Petitioner Tooran Mohammad Amannullah in this matter is detainee ISN 1021 and a Petitioner in an earlier filed case, *Amon v. Bush*, No. 05-CV-1493 (RBW), and based on the conclusion of counsel in *Amon* that his client and the Tooran Mohammad Amannullah in this case are one and the same person, Petitioners hereby withdraw their June 28, 2006, motion to reinstate Mr. Amannullah as a Petitioner in this matter.

Petitioners withdraw their motion without prejudice. Respondents consent to the withdrawal of this motion without prejudice.

Respectfully submitted,

Dated: August 29, 2006

*/s/ Rebecca P. Dick*
Rebecca P. Dick
D.C. Bar No. 463197

Carolyn M. Welshhans
D.C. Bar No. 489120

DECHERT LLP
1775 I Street, N.W.

Washington, D.C. 20006
(202) 261-3300
Fax: (202) 261-3333

Peter M. Ryan
DECHERT LLP
Cira Centre
2929 Arch St.
Philadelphia, Pennsylvania 19104-2808
(215) 994-4000

*Counsel for Petitioners*