## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on August 29, 2006, I caused to be served via e-mail true and correct copies of the foregoing (1) Joint Status Report and (2) Withdrawal Without Prejudice of Petitioners' Motion to Reinstate Petitioner Tooran Mohammad Amannullah, on counsel of record for Respondents as follows:


Preeya M. Noronha
Preeya.Noronha@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
(202) 514-3338

Terry M. Henry
Terry .Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530


_____
Rebecca P. Dick