IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : <br> : <br> *Petitioners/Plaintiffs*, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, *et al.*, : <br> : <br> *Respondents/Defendants*. : <br> : | Case No. 1:05-CV-2367 (RWR) |

JOINT STATUS REPORT
REGARDING PETITIONERS' MOTION TO REINSTATE
PETITIONER TOORAN MOHAMMAD AMANNULLAH

Pursuant to this Court's Order of July 19, 2006, Petitioners and Respondents hereby jointly report to the Court on the status of Petitioner Tooran Mohammad Amannullah. Mr. Amannullah has now been identified as the Petitioner in an earlier filed case, *Amon v. Bush*, No. 05-cv-1493 (RBW). Petitioners' counsel in that case has confirmed that the Petitioner Amannullah in this case is one and the same as his client. Accordingly, Petitioners, by separate filing, will withdraw without prejudice their motion to reinstate him in this matter.

Respectfully submitted,

/s/ Preeya M. Noronha
Preeya M. Noronha

Andrew I. Warden
Terry M. Henry

United States Department of Justice

/s/ Rebecca P. Dick
Rebecca P. Dick
D.C. Bar No. 463197

Carolyn M. Welshhans
D.C. Bar No. 489120

DECHERT LLP

| | |
|---|---|
| Civil Division – Federal Programs Branch<br>20 Massachusetts Avenue, N.W., Room 7226<br>Washington, D.C. 20530<br>202.514.3338 | 1775 I Street, N.W.<br>Washington, D.C. 20006<br>202.261.3300<br><br>Peter M. Ryan<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, Pennsylvania 19104<br>215.994.4000 |
| *Counsel for Respondents* | *Counsel for Petitioners* |

Dated: August 29, 2006