IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants.* | : |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioners hereby give notice of the apparent unconstitutionality, in light of the Suspension Clause, U.S. Const. article I, sec. 9, and *Rasul v. Bush*, 542 U.S. 466 (2004), of applying the Military Commissions Act of 2006, Pub. L. No. 109-____ (copy attached to Respondents' October 18, 2006 Notice of Military Commissions Act of 2006) to require dismissal of this *habeas corpus* petition. The Suspension Clause prohibits suspension of the writ of *habeas corpus* except in times of rebellion or invasion. There is no rebellion or invasion, so the writ may not be suspended. *Rasul v. Bush* holds that the Guantanamo Bay Naval Station is a territory over which the United States holds plenary and exclusive jurisdiction. Thus, persons detained there have the constitutional right to seek *habeas corpus*.

The administrative processes provided for by the Military Commissions Act lack fundamental due process protections. *Habeas corpus* may not be replaced with such an inadequate or ineffective alternative. *Swain v. Pressley,* 430 U.S. 372, 381 (1977). For these reasons and others, the *habeas*-stripping provisions of the Military Commissions Act are unconstitutional.

Moreover, the constitutionality of these provisions is currently under review by the Court of Appeals for the District of Columbia in *al Odah v. United States,* Nos. 05-5064, 05-5095 through 05-5116, and *Boumediene v. Bush,* Nos. 05-5062 and 05-5063 (*see* Orders of October 18, 2006) (copy attached). Rather than address the issue at this time, this Court should await a decision from the Court of Appeals or the Supreme Court regarding the constitutionality of applying the Military Commissions Act to require dismissal of *habeas corpus* petitions pending when the law was enacted.

Dated: October 27, 2006

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: /s/ Rebecca P. Dick
Rebecca P. Dick  (D.C. Bar 463197)
Carolyn M. Welshhans (D.C. Bar 489120)
1775 Eye St., N.W.
Washington, D.C. 20006
Tel: 202.261.3300
Fax: 202.261.3333

Daniel C. Malone
30 Rockefeller Plaza
New York, New York 10112
212.698.3500

George G. Gordon
Peter M. Ryan
Juliet Sarkessian
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215.994.4000
Fax: 215.994.2222

Attorneys for Petitioners