# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5062**

**September Term, 2006**

04cv01142
04cv01166

**Filed On:**

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

v.

George W. Bush, President of the United States, et al.,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED | OCT 1 8 2006

CLERK

Consolidated with 05-5063

**BEFORE:**   Sentelle, Randolph, and Rogers, Circuit Judges

## O R D E R

Upon consideration of motion of habeas petitioners for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006, it is

**ORDERED** that the motion be granted.   The following briefing format and schedule will apply:

| | |
|---|---|
| Supplemental Brief for Habeas Petitioners/Appellants (not to exceed 10,000 words) | November 1, 2006 |
| Supplemental Brief for Appellees (not to exceed 10,000 words) | November 13, 2006 |
| Supplemental Reply Brief for Habeas Petitioners/Appellants (not to exceed 5,000 words) | November 20, 2006 |

All submissions are due by 4:00 p.m. on the date due, and are to be hand-filed and hand-served.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: _Linda Jones_
Linda Jones
Deputy Clerk

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

### No. 05-5064

### September Term, 2006

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

**Filed On:**

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

v.

United States of America, et al.,
    Appellees

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    OCT 1 8 2006

         CLERK
```

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,
05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

**BEFORE:** Sentelle, Randolph, and Rogers, Circuit Judges

### O R D E R

Upon consideration of motion of habeas petitioners for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006, it is

ORDERED that the motion be granted. The following briefing format and schedule will apply:

Supplemental Brief for
Habeas Petitioners/Appellants
(not to exceed 10,000 words)      November 1, 2006

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5064                         September Term, 2006

Supplemental Brief for Appellees
(not to exceed 10,000 words)                    November 13, 2006

Supplemental Reply Brief for
Habeas Petitioners/Appellants
(not to exceed 5,000 words)                     November 20, 2006

All submissions are due by 4:00 p.m. on the date due, and are to be hand-filed and hand-served.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk

TOTAL P.004