IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| Petitioners/Plaintiffs, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents/Defendants. | : |
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| Petitioners/Plaintiffs, | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents/Defendants. | : |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.*; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in

- 2 -

writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the cases captioned *Mousovi, et al. v. Bush, et al.*, No. 05-CV-1124 (RMC), and *Zadran, et al. v. Bush, et al.*, No. 05-CV-2367 (RWR).

      (2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

      (3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the cases captioned *Mousovi, et al. v. Bush, et al.*, No. 05-CV-1124 (RMC), and *Zadran, et al. v. Bush, et al.*, No. 05-CV-2367 (RWR), and I agree to comply with the provisions thereof.

_____       Dated: December 17, 2006
Mohammed Adeeb Popalzai
10198 Quiet Pond Terrace
Burke, VA 22015
(703) 250-3665

*Interpreter*

## CERTIFICATE OF SERVICE

I, Peter M. Ryan, hereby certify that on January 10, 2007, I caused to be served via email a true and correct copy of the foregoing Memorandum of Understanding Regarding Access to Classified National Security Information, on counsel of record for Respondents as follows:

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Peter M. Ryan