IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : | |
| Petitioner/Plaintiffs, : | |
| v. : | Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.* : | |
| Respondents/Defendants. : | |

**ORDER**

The Court having considered Petitioners' Motion to Stay and Abey this action and Respondents' Motion to Dismiss,

IT IS HEREBY ORDERED that Petitioners' Motion be and it hereby is GRANTED. This action shall be stayed and held in abeyance pending Petitioners' exhaustion of their remedies under the Detainee Treatment Act, including a final judicial determination of the constitutional adequacy of those remedies as a substitute for habeas corpus rights.

IT IS FURTHER ORDERED that the April 12, 2006, Protective Order, and the July 19, 2006, case-management order in this action shall remain in full force and effect at all times during such stay and abeyance.

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss be and it hereby is DENIED without prejudice at this time.

Dated: _____

Richard W. Roberts
United States District Judge