IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., <br><br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> *Respondents/Defendants*. | Case No. 1:05-CV-2367 (RWR) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order in this matter, Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Petitioners' Reply Brief in Support of Their Motion to Stay and Abey this Action or, in the Alternative, Transfer it to the Court of Appeals; and

- Declaration of Rebecca P. Dick in Support of Petitioners' Reply Brief in Support of Their Motion to Stay and Abey this Action or, in the Alternative, Transfer It to the Court of Appeals (including Exhibits C – E).

May 24, 2007

*[signature: Carolyn M. Welshhans]*

Rebecca P. Dick
Carolyn M. Welshhans
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel:   (202) 261-3396
Fax:   (202) 261-3333