IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : <br> : <br> Petitioner/Plaintiffs, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, *et al.* : <br> : <br> Respondents/Defendants. : <br> : | Case No. 1:05-CV-2367 (RWR) |

NOTICE OF SUPREME COURT REQUEST
IN *BOUMEDIENE v. BUSH*

Petitioners respectfully advise the Court of activity in *Boumediene v. Bush*, No. 06-1195 (Supreme Court). Both parties recently filed motions with this Court based on different interpretations of the Supreme Court's denial of certiorari in *Boumediene* and accompanying dissenting and concurring opinions.[1] The Supreme Court may, however, take further action in the case. Yesterday, the Supreme Court invited the Respondents in *Boumediene* to file a response to petitions for rehearing. *See Boumediene v. Bush*, No. 06-1195, Docket Sheet, *available at* http://www.supremecourtus.gov/docket/06-1195.htm. Those Respondents have thirty days in which to respond. Until the issue of reconsideration is resolved, Petitioners urge

---

[1] On April 19, 2007, Respondents filed a motion to dismiss this action, and on May 4, 2007, Petitioners filed a countermotion to stay and abey it.

this Court not to take any action in reliance on the Supreme Court's actions to date in *Boumediene v. Bush*.

Respectfully submitted,

/s/ Rebecca P. Dick
Rebecca P. Dick
D.C. Bar No. 463197
Carolyn M. Welshhans
D.C. Bar No. 489120
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon
Peter M. Ryan
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (Tel.)

Counsel for Petitioners

June 5, 2007

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on June 5, 2007, I caused to be served via e-mail true and correct copies of the Petitioners' Notice of Supreme Court Request in *Boumediene v. Bush*, on counsel of record for Respondents as follows:

Judry L. Subar
Judy.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Rebecca P. Dick