IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2367 (RWR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF FILING OF PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective order entered herein by the

Court's Order of April 12, 2006 (dkt. no. 25), respondents have filed with the Court Security

Office a submission which they seek to have designated as "protected information" pursuant to

the protective order.  The submission cannot be described in any greater detail without disclosing

the substance of the protected information.  As required by the protective order, respondents

have disclosed the protected information to petitioners' counsel and are conferring with counsel

in an attempt to reach an agreement regarding the designation of the information prior to filing a

motion with the Court; following the outcome of that conferral, respondents will file an

appropriate motion with the Court to have the information designated as "protected."


Dated: December 5, 2007          Respectfully submitted,

                                 JEFFREY S. BUCHOLTZ
                                 Acting Assistant Attorney General

                                 DOUGLAS N. LETTER
                                 Terrorism Litigation Counsel

   /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents