IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*    )<br>)<br>Petitioners,    )<br>)<br>v.    )<br>)<br>GEORGE W. BUSH,    )<br>    President of the United States,    )<br>    *et al.,*    )<br>)<br>Respondents.    )<br>) | Civil Action No. 05-2367 (RWR) |

**NOTICE OF TRANSFER OF PETITIONERS AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioners Ghulam Roohani (ISN 003), Abdullah Wazir Zadran (ISN 976), Dr. Hiyatullah (ISN 1001), and Abdullah Mujahid Haq (ISN 1100), and transferred them to the control of the Government of Afghanistan.

In the Stipulation and Order filed with the Court under seal on December 6, 2007, the parties agreed that, pursuant to the protective order entered by the Court's Order dated April 12, 2006 (dkt. no. 25), Respondents' Notice Pursuant To The Court's July 19, 2006 Order (filed under seal on December 5, 2007), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioners to Afghanistan. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected

information.[1]

Dated: December 14, 2007　　　　　　　　Respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        DOUGLAS N. LETTER
        Terrorism Litigation Counsel

        /s/ *Andrew I. Warden*
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        JUDRY L. SUBAR (D.C. Bar 347518)
        TERRY M. HENRY
        JEAN LIN
        JAMES J. SCHWARTZ (D.C. Bar No. 468625)
        ROBERT J. KATERBERG
        ANDREW I. WARDEN (IN Bar No. 23840-49)
        NICHOLAS A. OLDHAM
        JAMES C. LUH
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel:  (202) 616-5084
        Fax:  (202) 616-8470

        Attorneys for Respondents

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.