IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, :<br>:<br>*Petitioners/Plaintiffs*, :<br>:<br>v. :<br>:<br>GEORGE W. BUSH, *et al.*, :<br>:<br>*Respondents/Defendants*. : | Case No. 1:05-CV-2367 (RWR) |

**PETITIONERS' MOTION TO REOPEN CASE**

Pursuant to this Court's Minute Order of July 2, 2007, and the Supreme Court's June 12, 2008, decision in *Boumediene v. Bush*, Petitioners respectfully move this Court to reopen this case. The grounds in support of this motion are set forth in the accompanying Memorandum of Points and Authorities.

Pursuant to LCvR 7(m), counsel for Petitioners conferred by telephone with counsel for Respondents regarding the relief requested in this motion and was informed that Respondents would not consent.

WHEREFORE, Petitioners respectfully request that the Court enter an Order reopening this case. A proposed form of order is attached.

                                          Respectfully submitted,

                                          DECHERT LLP
                                          *Counsel for Petitioners*

Dated: June 17, 2008                          /s/ Rebecca P. Dick
                                          Rebecca P. Dick
                                          D.C. Bar No. 463197
                                          1775 I Street, N.W.
                                          Washington, D.C. 20006
                                          (202) 261-3300 (Tel.)
                                          (202) 261-3333 (Fax)

                                          George G. Gordon
                                          Peter M. Ryan
                                          Cira Centre, 2929 Arch Street
                                          Philadelphia, PA 19104-2808
                                          (215) 994-4000 (Tel.)

                                          Daniel C. Malone
                                          30 Rockefeller Plaza
                                          New York, NY 10112
                                          (212) 698-3500 (Tel.)