IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____ ) | Case No. 1:05-CV-02367 (RWR) |

### PETITIONERS' MEMORANDUM IN SUPPORT OF
### <u>MOTION TO REOPEN CASE</u>

This petition for a writ of habeas corpus on behalf of eight Afghan prisoners at Guantanamo has been stayed for two and one-half years. Petitioners now move to reopen the proceeding.

Throughout much of the stay, two of the petitioners have been confined in solitary confinement, sitting in tiny cells in crushing isolation. On information and belief, there they remain. Two others, both ill, have been held in a somewhat more open camp, with limited human contact. On information and belief, two petitioners are now incarcerated in Afghanistan, apparently as a direct result of the claims raised against them at Guantanamo and possibly at the direction of U.S. authorities. The two remaining petitioners were recently released to freedom without adverse consequences for the security of the United States or Afghanistan, but, on information and belief, they continue to bear potentially serious collateral consequences from having been identified as enemy combatants who are among "the worst of the worst."

Nearly a year ago, in response to Respondents' motion to dismiss this petition, the Court administratively closed this case and directed the parties to file appropriate motions within ten

days of the Supreme Court's ruling in *Boumediene v. Bush* and *Al Odah v. United States*. Minute Order (July 2, 2007). On June 12, 2008, the Supreme Court issued its decision. *Boumediene* is unequivocal: prisoners at Guantanamo have a constitutional right to pursue petitions for a writ of habeas corpus in the district courts. The Court wrote,

> We hold these petitioners do have the habeas corpus privilege . . . . § 7 of the Military Commissions Act of 2006 (MCA), 28 U.S.C.A. § 2241(e) (Supp. 2007), operates as an unconstitutional suspension of the writ . . . questions regarding the legality of the detention are to be resolved in the first instance by the District Court.

*Boumediene v. Bush*, Slip Op. at 1-2, No. 06-1195 (2008).

Therefore, Petitioners now move to reopen this proceeding.

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

Dated: June 17, 2008

Rebecca P. Dick
D.C. Bar No. 463197
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon
Peter M. Ryan
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500 (Tel.)