IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants.* | : |

### (PROPOSED) ORDER

Having considered Petitioners' Motion to Reopen, the opposition thereto, any reply, and the entire record in this case, and it appearing that there is good cause for granting the motion, it is hereby

ORDERED that the case of *Zadran v. Bush*, No. 1:05-CV-2367, be, and it hereby is, reopened.

IT IS SO ORDERED.


DATED: _____   _____
                                                                         United States District Judge