**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2008, I caused the foregoing Petitioners' Motion to Reopen Case to be filed with the Court and served via e-mail on counsel for Respondents as follows:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
Tel: 202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

_/s/ Rebecca P. Dick_
Rebecca P. Dick