IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

**PETITIONERS' REPLY IN SUPPORT OF MOTION TO REOPEN CASE**

In response to the Supreme Court's determination that Petitioners have a constitutional right to petition for a writ of habeas corpus, and Petitioners' motion to reopen this proceeding in order to pursue that right, Respondents have filed a generic, four-line statement whose immediate purpose is the unilateral transfer from this Court to Judge Lamberth of a number of issues that are not yet raised in this action and that, if they do arise, will present unique issues that should be resolved in the context of the facts of this case, not on a generic, omnibus basis. The underlying purpose of Respondents' filing is further delay in a case that has already been stayed for most of its 2½-year duration. The Court should decline to take Respondents' proposed detour and instead reopen this case immediately.

It appears that Respondents do not, in fact, oppose reopening. Although the docket entry terms Respondents' filing a "Memorandum in Opposition to Motion to Reopen Case," Dkt. 88, Respondents state that they "do not oppose the lifting of the stay that was entered in habeas corpus matters filed on behalf of Guantanamo detainees." Since Respondents do not mention the motion to reopen, and since lifting the stay would be meaningless unless the case was first

reopened, it appears that Respondents acquiesce in the reopening of the case as well as in the lifting of the stay.

What Respondents do urge is delay in resolution of other unspecified relief pending "discussions" between other habeas counsel and government counsel before Judge Lamberth. No "other relief" is sought in Petitioners' pending motion, and thus there is nothing before the Court for Respondents to delay at this time. A decision on what aspects of these cases, if any, would benefit from coordination with Judge Lamberth would be premature at this time.

When Petitioners do seek "other relief," as they shortly will, important aspects of most if not all of the issues presented will be unique to the individual petitioners in this action. These issues will not be amenable to consideration on a generic basis that renders the individual Petitioners faceless and continues to shield from judicial scrutiny the particular facts surrounding the indefinite confinement of each of them without legal justification.

WHEREFORE, Petitioners respectfully request that the Court enter an Order reopening this case forthwith.

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

/s/ Rebecca P. Dick
Rebecca P. Dick
D.C. Bar No. 463197
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon

2

Peter M. Ryan
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500 (Tel.)

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, I caused the foregoing Petitioners' Reply in Support of Motion to Reopen Case to be filed with the Court and served via e-mail on counsel for Respondents as follows:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C.  20530
Tel:  202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C.  20530

Rebecca P. Dick