IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GHULAM ROHANI,                          :
                                        :
        *Petitioner/Plaintiff,*         :
                                        :
        v.                              :    Case No. _____ (RWR)
                                        :        (formerly No. 05-2367)
GEORGE W. BUSH, *et al.,*               :
                                        :
        *Respondents/Defendants.*       :
                                        :
_____ :
                                        :
IN RE :                                 :
PETITIONERS SEEKING HABEAS              :
CORPUS RELIEF IN RELATION TO            :    Misc. No. 08-444 (TFH)
PRIOR DETENTIONS AT                     :
GUANTANAMO BAY                          :
_____ :

MOTION TO TRANSFER PETITION OF GHULAM ROHANI
FOR COORDINATION AND MANAGEMENT
TO MISCELLANEOUS NO. 08-444

Petitioner Ghulam Rohani (ISN 003) has moved to sever his petition from those of the

other petitioners in his original habeas action, No. 05-2367, and from the other habeas petitioners

in Misc. No. 08-442, because, unlike them, he is currently being held not at Guantanamo but in a

U.S.-sponsored facility in Afghanistan, Block D at Policharkei Prison.  Petitioner Rohani moves

to transfer his newly severed habeas petition to Miscellaneous No. 08-444, for coordination and

management only, because the latter matter is a coordinated proceeding for the petitions of

former Guantanamo prisoners who, like Petitioner Rohani, are now imprisoned abroad.  Thus, it

would be appropriate and efficient to transfer Rohani petition, for purposes of coordination and

management only, to Misc. No. 08-444.

Pursuant to LCvR 7(m), counsel have conferred with Respondents. They stated that they "reserve" their position on this motion.

Petitioner Rohani hereby respectfully requests that this Court transfer his severed petition to Misc. No. 08-444 for purposes of coordination and management only.

Respectfully submitted,

Dated: July 14, 2008

Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C.  20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon
Peter M. Ryan
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (Tel.)