IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GHULAM ROHANI,<br><br>*Petitioner/Plaintiff,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents/Defendants.* | No. _____ (RWR)<br>(formerly No. 05-2367) |
| IN RE :<br>PETITIONERS SEEKING HABEAS<br>CORPUS RELIEF IN RELATION TO<br>PRIOR DETENTIONS AT<br>GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

## **(PROPOSED) ORDER**

Upon consideration of the Motion of Petitioner Ghulam Rohani to transfer his severed petition for coordination and management to Misc. No. 08-444, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Petition for Habeas Corpus of Ghulam Rohani shall be transferred, for purposes of coordination and management only, to Misc. No. 08-444.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge