IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., : | |
| *Petitioners/Plaintiffs*, : | |
| v. : | Case No. 05-CV-2367 (RWR) |
| GEORGE W. BUSH, et al., : | |
| *Respondents/Defendants*. : | |
| IN RE: : | |
| GUANTANAMO BAY : | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION : | |

### (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Ghulam Rohani to sever his petition from No. 05-2367 and Misc. No. 08-442, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Petition for Habeas Corpus of Ghulam Rohani shall be severed from No. 05-2367 and issued a new case number, although remaining assigned to Judge Roberts, except for purposes of coordination and management, and severed from Misc. No. 08-442.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge