IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHULAM ROHANI,<br><br>*Petitioner/Plaintiff,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents/Defendants.* | No. _____ (RWR)<br>(formerly No. 05-2367) |
| IN RE :<br>PETITIONERS SEEKING HABEAS<br>CORPUS RELIEF IN RELATION TO<br>PRIOR DETENTIONS AT<br>GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

### (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Ghulam Rohani to file his status report in Misc. No. 08-444, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Status Report of Ghulam Rohani shall be filed in Misc. No. 08-444.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge