Filed on July 14, 2008,
with Court Security Office;
Filed on July 18, 2008,
by ECF with Court per DOJ

**CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on July 14, 2008, I caused to be submitted via hand delivery to the Court Security Officer, for review and filing under seal, an original and two true and correct copies of the foregoing (1) Motion to File Status Report, (2) Status Report of Ghulam Rohani, and (3) Proposed form of order. I requested that the Court Security Officer serve copies of these documents on the following counsel of record for Respondents:

Judry Laeb Subar
Judry.Sabar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6120
Washington, D.C. 20530

Rebecca P. Dick