# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-0442 (TFH)**<br><br>**Civil Action Nos.**<br><br>**02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194, 04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035, 04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247, 05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359, 05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526, 05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763, 05-CV-0764, 05-CV-0877, 05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993, 05-CV-0994, 05-CV-0998, 05-CV-0999, 05-CV-1048, 05-CV-1189, 05-CV-1220, 05-CV-1244, 05-CV-1347, 05-CV-1353, 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487, 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505, 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607, 05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645, 05-CV-1646, 05-CV-1678, 05-CV-1704, 05-CV-1971, 05-CV-1983, 05-CV-2010, 05-CV-2088, 05-CV-2104, 05-CV-2112, 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2371, 05-CV-2378, 05-CV-2379, 05-CV-2380, 05-CV-2381, 05-CV-2384, 05-CV-2385, 05-CV-2386, 05-CV-2387, 05-CV-2398, 05-CV-2444, 05-CV-2477, 05-CV-2479, 06-CV-0618, 06-CV-1668, 06-CV-1684, 06-CV-1690, 06-CV-1758, 06-CV-1759, 06-CV-1761, 06-CV-1765, 06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338, 08-CV-1085, 08-CV-1101, 08-CV-1104, 08-CV-0987, 08-CV-1085, 08-CV-1101, 08-CV-1104, 08-CV-1153, 08-CV-1207, 08-CV-0221, 08-CV-1223, 08-CV-1224, 08-CV-1227, 08-CV-1228, 08-CV-1229, 08-CV-1230, 08-CV-1231, 08-CV-1232, 08-CV-1233, 08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238** |

## <u>ORDER</u>

Upon review of the Joint Report In Response To Court's July 11, 2008 Scheduling Order, the status reports submitted in accordance with the Court's order of July 11, 2008, and the entire

record herein, the Court

**ORDERS** that any stays of the above-listed cases are **LIFTED**.  The Court further

**ORDERS** that the dismissal orders entered in the following cases are **VACATED**:

05-CV-0569; 05-CV-0748; 05-CV-0877; 05-CV-1189; 05-CV-1505; 05-CV-1506; 05-CV-1555;

05-CV-1971; 05-CV-2185; 05-CV-2387; 05-CV-1758.  The Court further

**ORDERS** that, pending further order of the Court, the following apply in all cases:

(1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United

States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d

174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for Protected Information,

first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing

Procedures Contained in the November 8, 2004 Amended Protective Order, first issued on

December 13, 2004.  The Court further

**ORDERS** that, within 60 days of the date of this order, in all cases filed before May 19,

2008, in which the detainee is represented in the petition by a next friend, counsel shall file a

signed authorization from the petitioner to pursue the action or a declaration by counsel that

states that the petitioner directly authorized counsel to pursue the action and explains why

counsel was unable to secure a signed authorization.  The Court further

**ORDERS** that, within 90 days of the date of this order, in all cases filed on and after May

19, 2008, in which the detainee is represented in the petition by a next friend, counsel shall file a

signed authorization from the petitioner to pursue the action or a declaration by counsel that

states that the petitioner directly authorized counsel to pursue the action and explains why

counsel was unable to secure a signed authorization.  The Court further

**ORDERS** that, pending further order of the Court, the following motions are held in

abeyance: (1) 04-CV-2022, docket numbers 28, 90, and 161 (08-MC-442, docket number 4); (2)

04-CV-2035, docket numbers 12, 76; (3) 05-CV-0359, docket number 74; and (4) 05-CV-2386, docket number 446.


July 29, 2008                                      _____/s/_____
                                                              Thomas F. Hogan
                                                       United States District Judge