IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : | |
| Petitioner/Plaintiffs, : | |
| v. : | Case No. 1:05-CV-2367(RWR) |
| GEORGE W. BUSH, *et al.* : | |
| Respondents/Defendants. : | |

### DECLARATION OF JULIET SARKESSIAN

I, Juliet Sarkessian, declare as follows:

1.  I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New York, United States District Court for the Eastern District of Pennsylvania, the United States District Courts for the Southern and Eastern Districts of New York. I am also a member in good standing, but inactive, of the bars of the State of North Carolina, and the United States District Court for the Western District of North Carolina.

2.  I have never been disciplined by any bar.

3.  To the best of my recollection, I have not previously been admitted *pro hac vice* in this Court.

4.  My office address is Dechert, LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808.

5.  My office telephone number is (215) 994-2596.

6.  If admitted *pro hac vice*, I will be representing petitioners on a pro bono basis, without compensation.

7.  I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2008.

_____
JULIET SARKESSIAN