IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : <br> : <br> Petitioner/Plaintiffs, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, *et al.* : <br> : <br> Respondents/Defendants. : <br> : | Case No. 1:05-CV-2367(RWR) |

**ORDER**

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of Juliet Sarkessian in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2008              _____
                                                                    JUDGE

12746679.2.LITIGATION