IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, <br><br> *Petitioner/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.* <br><br> *Respondents/Defendants.* | Civil Action No. 1:05-CV-2367 (RWR) |
| In re GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| In re PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.C.v.R. 83.6(c), I hereby move to withdraw as counsel for the Petitioners in the above-captioned *Zadran* action. An affidavit respecting the requirements of that rule is attached as Exhibit A.

_____
Nauman S. Malik
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3387
Fax: (202) 261-3333

*Counsel for Petitioners*

Dated: August 28, 2008

# EXHIBIT A

Declaration of Nauman S. Malik in Support of
Motion to Withdraw as Counsel

I, Nauman S. Malik, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, DC 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Zadran v. Bush*, No. 05-2367 (RWR); *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (TFH), and *In re Petitioners Seeking Habeas Corpus Relief in Relation to Prior Detentions at Guantanamo Bay*, Misc. No. 08-444(TFH).

2. As of August 30, 2008, I will no longer be associated with Dechert LLP as I am leaving employment with Dechert LLP.

3. I am unable to obtain written consent from these clients to my withdrawal as counsel, because certain of such clients remain imprisoned at the United States Naval Station at Guantanamo Bay, Cuba, and because I have not had the opportunity to meet with them within the last year (in the case of certain clients) or at all, as other attorneys at Dechert LLP have in the past had primary responsibility for these clients.

4. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing all of these clients and will continue to do so. The clients' interests will be well served.

5. Therefore, the clients would be unlikely to object to my withdrawal.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 28, 2008.

_____
Nauman S. Malik

**CERTIFICATE OF SERVICE**

  I, Nauman S. Malik, hereby certify that on August 28, 2008, I caused to be served via email a true and correct copy of the foregoing Motion to Withdraw on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

                 _/s/ Nauman S. Malik_
                 Nauman S. Malik