IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE :<br>  GUANTANAMO BAY<br>  DETAINEE LITIGATION | : <br> : <br> : <br> : <br> : | Misc. No. 08-442 (TFH) |
| ALI SHAH MOUSOVI, et al.,<br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-1124 (RMC) |
| HAMID AL RAZAK, et al.,<br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-1601 (GK) |
| ABDULLAH WAZIR ZADRAN, et al.<br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-2367 (RWR) |

**ACKNOWLEDGEMENT**

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Orders entered in the United States District Court for the District of Columbia in the cases captioned In Re: Guantanamo Bay Detainee Litigation v. George W. Bush, Misc. No. 08-442 (TFH); Ali Shah Mousovi, et al. v. George W. Bush, Civil No. 05-CV-1124 (RMC); Hamid Al Razak, et al., v. George W. Bush, Civil No. 05-CV-1601 (GK); and Abdullah Wazir Zadran, et al. v. George W. Bush, Civil No. 05-CV-2367 (RWR); understands their terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Orders. The undersigned acknowledges that his/her duties under the Protective Orders shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Orders may result in the imposition of sanctions by the Court.

Date: 2 Sep 08

Brian R. Decker
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215 994.2941
Fax: 215.655.2941

Counsel for Petitioners

13264478.3.LITIGATION

**CERTIFICATE OF SERVICE**

       I, Michael G. Viguie, hereby certify that on September 2, 2008, I caused to be served via email a true and correct copy of the foregoing Acknowledgement of Brian R. Decker on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry,Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

                                       Michael G. Viguie