IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, : | |
| Petitioner/Plaintiffs, : | |
| : | Case No. 1:05-CV-2367(RWR) |
| v. : | |
| GEORGE W. BUSH, *et al.* : | |
| Respondents/Defendants. : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Petitioners/Plaintiffs move for the admission *pro hac vice* of Joseph K. Hetrick in the above-captioned case. Petitioners/Plaintiffs state as follows in support of this motion:

1. Joseph K. Hetrick is a member in good standing of the bars the Commonwealth of Pennsylvania, the State of New Jersey, United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

2. Mr. Hetrick has never been disciplined by any bar. To the best of his recollection, Mr. Hetrick has not been previously admitted *pro hac vice* in this Court.

3. The undersigned is member in good standing of the bar of this Court.

Dated: September 4, 2008

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners/Plaintiffs*

By: /s/ Tara R. Kelly
Tara R. Kelly
D.C. Bar No. 438241
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

Joseph K. Hetrick
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000