IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-2367 (RWR) |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants.* | : |

### ENTRY OF APPEARANCE AND ATTORNEY
### CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Joseph K. Hetrick, hereby (1) enters his appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the District Courts for the District of New Jersey and Eastern District of Pennsylvania, and is providing representation to petitioners without compensation.

Dated: September 9, 2008

_____
Joseph K. Hetrick
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2250
Fax: (215) 655-2250

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Joseph K. Hetrick, hereby certify that on September 9, 2008, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
Joseph K. Hetrick