IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULLAH WAZIR ZADRAN, *et al.*,

        Petitioners,

v.

GEORGE W. BUSH,
    President of the United States,
*et al.*,

        Respondents.

Civil Action No. 05-cv-2367 (RWR)

## [~~PROPOSED~~] ORDER

The Court, having fully considered the Joint Motion to Extend Time for Petitioners to File their Traverses and for Respondents to Fulfill Obligations under Amended Case Management Order Sections I.D.1 and I.E.1(3), hereby **ORDERS** that the Motion be **GRANTED**.

Petitioners shall have until either six weeks from the date on which the Government files its notice relating to exculpatory evidence under Sections I.D.1 of the Court's November 6, 2008 Case Management Order, as amended by the Court's December 16, 2008 Order ("Amended Case Management Order") or six weeks from the date on which the Government files the unclassified return, whichever is later, to file their traverses. Respondents shall have through and including Friday, January 30, 2009, to complete their obligations under Amended Case Management Order Section I.D.1 and to provided discovery under Amended Case Management Order Section I.E.1(3)

IT IS SO **ORDERED**, this _22nd_ day of _January_, 2009.

_____/s/ Richard W. Roberts_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE