Case 1:05-cv-02367-RWR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULLAH WAZIR ZADRAN, et al. | : | |
| Petitioners/Plaintiffs, | : | |
| | : | Civil No. 05-CV-2367 (RWR) |
| v. | : | |
| | : | |
| GEORGE W. BUSH, et al., | : | |
| Respondents/Defendants. | : | |
| | : | |

## [PROPOSED] ORDER

The preliminary Case Management Order issued on November 6, 2008, by Judge Hogan in *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (filed November 6, 2008), as previously adopted in this case with certain modifications specified in this Court's Order dated November 19, 2008 (Docket No. 158), and as subsequently amended by Judge Hogan's Order of December 16, 2008 (Docket No. 180), shall be amended in this case as follows:

> The following sentence is inserted in paragraph I.D.1 after the sentence that begins "*See Boumediene,*" and before the sentence that begins "In this context": "This exculpatory evidence includes any evidence of abusive treatment, torture, mental incapacity, or physical incapacity which could affect the credibility and/or reliability of evidence being offered."

The amendments to the Case Management Order set forth in paragraphs numbered 1 and 2 of this Court's Order of November 19, 2008 (Docket No. 158) remain in effect.

SO ORDERED.

Dated: February 25, 2009

_____
Richard W. Roberts
United States District Judge